IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


ALEXANDRA RIKAS,                    )

        Plaintiff,              )

   vs.                              ) No. 13 CV 2069

P.O. THOMAS BABUSCH, et             )

al.,                                )

        Defendants.             )


        The deposition of DAVID HAKALA, called for
examination pursuant to the Rules of Civil
Procedure for the United States District Courts
pertaining to the taking of depositions, taken
before Angelita Olander, a CSR within and for the
County of Cook and State of Illinois, at
547 West Jackson Boulevard, Chicago, Illinois, on
the 17th day of November, 2014, at the hour of
1:00 o'clock p.m.



Reported by:  Angelita Olander, CSR
License No.:  084-004618

1

**EXHIBIT B**

1     APPEARANCES:

2         FITZPATRICK & FITZPATRICK

3         BY:  MR. JOHN FITZPATRICK

4         36 West Randolph Street, Suite 301

5         Chicago, Illinois 60601

6         (312) 553-2200

7         clk0808@yahoo.com

8           Representing the Plaintiff;

9

10       METRA LAW DEPARTMENT

11       BY:  MS. STACEY MC GLYNN ATKINS

12       547 West Jackson Blvd., 15th Floor

13       Chicago, Illinois 60661-5717

14       (312) 322-7064

15       satkins@metrarr.com

16          Representing the Defendants.

17

18

19

20

21

22

23

24

2

1                          I N D E X

2    WITNESS                         EXAMINATION

3    DAVID HAKALA

4         By Ms. Atkins                    4

5         By Mr. Fitzpatrick              123

6         Further by Ms. Atkins           127

7         Further by Mr. Fitzpatrick      129

8

9                      E X H I B I T S

10   NUMBER                          IDENTIFICATION

11   None.

12

13

14

15

16

17

18

19

20

21

22

23

24

3

1                    (Witness sworn.)

2                    DAVID HAKALA,

3    called as a witness herein, having been first duly

4    sworn, was examined and testified as follows:

5                    EXAMINATION

6        MS. ATKINS:  Let the record reflect that this

7    is the deposition of David -- is Hakala?

8        THE WITNESS:  Yeah, you got it.

9        MS. ATKINS:  H-A-K-A-L-A, taken pursuant to

10   subpoena in the matter of Rikas versus Metra.

11   BY MS. ATKINS:

12       Q.    Mr. Hakala, are you currently represented

13   by counsel for purposes of your deposition today?

14       A.    Yes, I am.

15       Q.    And who is your counsel?

16       A.    Fitzpatrick.

17       Q.    Is that John Fitzpatrick?

18       A.    Yes.

19       Q.    When did you first retain Mr. Fitzpatrick

20   to represent you for today's deposition?

21       A.    I never hired him if that's what you're

22   saying.

23       Q.    That is what I'm saying.

24       A.    No.  I don't pay him money to represent

                                                    4

1    me, no.

2         Q.   So fair to say, it's correct to say, that

3    he is not your attorney?

4         A.   Yes.

5         Q.   What is your current residential address?

6         A.   Is it okay if I -- because I just moved.

7         Q.   Sure.

8         A.   It is 942 Citizen Avenue and that is in

9    Elburn, Illinois.  Did you need the zip code, too?

10        Q.   No.  How long have you been there?

11        A.   Almost a month.

12        Q.   Prior to the address on Citizen Avenue in

13   Elburn, where did you reside?

14        A.   In Aurora.  It was Apartment 202.  I don't

15   remember the exact address.  I was only there for

16   two months.  I moved back in with my parents.

17        Q.   In May of 2012, do you recall your

18   residential address?

19        A.   Yep.  It's 310 Birch Drive and that was in

20   Shorewood, Illinois.

21        Q.   In May of 2012, did you reside there with

22   any other persons?

23        A.   Me and my girlfriend at the time

24   Alexandra.

5

1      Q.    Have you ever given a deposition before?

2      A.    Never.

3      Q.    I'll just give you a couple of the

4   guidelines.  It's nothing like you see on TV.  No

5   bright light is going to come down on your face.

6   I won't flip over the table, but you can see

7   there's a court reporter here today.

8           She is going to very skillfully take down

9   every word that I say, every word that you say, and

10  every word that Mr. Fitzpatrick may say.  Keeping

11  that in mind, make sure you provide all of your

12  answers out loud and in words.  Depositions can

13  sometimes get a little conversational, meaning you

14  may anticipate what my question is going to be

15  before I finish asking it.  Just kind of hold back

16  a little bit, wait until I finish asking my

17  question before you answer.

18          And I'll try not to interrupt you when

19  you're providing your answer to any of my

20  questions, okay?

21     A.    Sounds good.

22     Q.    At any point in time you see me gesture

23  toward my lips, it's just a non-verbal cue to

24  provide your answer out loud.  Sometimes we'll

6

1    shrug our shoulders, shake our head, nod our head,

2    do the uh-huh, un-un kind of thing.

3            So if you see me go like this toward my

4    lips, it's just reminding you like yes, no,

5    whatever the answer may be, okay?

6        A.    Sounds good.

7        Q.    At any point in time you require a break,

8    let me know.  I understand it's the middle of a

9    workday so you may have a phone call or need a

10   bathroom break, whatever you need.  Just let me

11   know.

12           The only thing that I ask is that if I do

13   have a question that I've asked and you haven't

14   answered, please, provide me the answer before you

15   take a break, okay?

16       A.    Sure.

17       Q.    Finally, any point in time I ask you a

18   question that is confusing, just poorly worded,

19   doesn't make any sense, it's the middle of the day,

20   I've had some caffeine, I might get a little hyper,

21   you let me know and I'll re-ask it, okay?

22       A.    Sounds good.

23       Q.    If you answer a question, I can only

24   assume you understood exactly what was being asked;

7

1    fair enough?

2        A.    Fair.

3        Q.    What is your date of birth?

4        A.    October 2nd, '1987.

5        Q.    I'm going to ask you for your social

6    security number, but I'm only going to ask for it

7    off the record; meaning that the court reporter

8    will not put it on the transcript so it won't

9    become public record if that's okay with you?

10       A.    What do you need the social security

11   number for?

12       Q.    I do it for witness investigation.  You've

13   been disclosed by Ms. Rikas as the eyewitness to

14   the incident alleged in her federal lawsuit.

15       MS. ATKINS:  Off the record.

16                        (WHEREUPON, a discussion was

17                         held off the record, after

18                         which the deposition

19                         continued.)

20       MS. ATKINS:  Back on the record.

21   BY MS. ATKINS:

22       Q.    Are you currently employed?

23       A.    Yes.

24       Q.    By whom?

8

1      A.    Dunkin Donuts.

2      Q.    How long?

3      A.    Just over a year, a year and two months

4  I believe.

5      Q.    In may of 2012, were you employed?

6      A.    Yes, I was.

7      Q.    By whom?

8      A.    I was working for, I believe, a liquor

9  store.  I'm not 100 percent on that.

10     Q.    Do you recall where this liquor store was

11  located?

12     A.    Off of 59 in Shorewood slash Plainfield.

13  It's across the street from the Walmart that's over

14  there.

15     Q.    I understand that in May of 2012 you and

16  Ms. Rikas were dating; is that correct?

17     A.    Yes.

18     Q.    And you already previously testified at

19  the time the two of you resided at the Birch

20  address in Shorewood, correct?

21     A.    Yes.

22     Q.    When was the last time you spoke with

23  Ms. Rikas?

24     A.    Actually, she resided at the house behind

9

1    me at that time.  She didn't move in quite yet.

2         Q.   So am I correct in understanding that in

3    May of 2012 --

4         A.   She lived on Edgebrook and I lived on

5    Birch.  So it was the street right behind my house.

6         Q.   When did she move into the Birch address

7    with you?

8         A.   The year 2013 some time.

9         Q.   When was the last time you spoke with

10   Ms. Rikas?

11        A.   Couple weeks ago.

12        Q.   Did you and she discuss your deposition?

13        A.   Not at all.

14        Q.   Did you and she discuss her federal

15   lawsuit?

16        A.   No.

17        Q.   Have you and she ever discussed your

18   deposition since you were served with the subpoena?

19        A.   Never.

20        Q.   As far as you know, is Ms. Rikas aware

21   that you're here today?

22        A.   Yes.

23        Q.   How do you know she's aware that you're

24   here today?

10

1      A.    Because I was informed by Mr. Fitzpatrick

2    that she was told that the papers were served.

3      Q.    Did you review any paperwork before coming

4    to your deposition today?

5      A.    No.

6      Q.    No paperwork in preparation for today's

7    testimony?

8      A.    Not really, no.

9      Q.    Not really or no?

10     A.    No.  Just a brief discussion what a

11   disposition (sic) is and that I'm allowed to take

12   breaks, stuff like that.

13     Q.    And that conversation was with

14   Mr. John Fitzpatrick?

15     A.    Yes.

16     Q.    Other than discussing what a deposition is

17   or that you're entitled to take breaks, what other

18   conversation did you and Mr. John Fitzpatrick have

19   before appearing here today?

20     A.    Nothing.  Just the time, the date.

21     Q.    You and Mr. Fitzpatrick never discussed

22   Ms. Rikas' deposition testimony in this case?

23     A.    Not at all.

24     Q.    Did you and Mr. John Fitzpatrick discuss

11

1    any specifics about Ms. Rikas' allegations in this

2    lawsuit?

3          A.    I know about them but I was never in any

4    conversations about them.

5          Q.    How were you aware of the allegations?

6          A.    Through the criminal case with the ticket

7    for trespassing.

8          Q.    Were you present at the trial?

9          A.    Yes.  I was a witness for that case, too.

10         Q.    Did you actually testify during that

11    trial?

12         A.    No, I did not.

13         Q.    Did Ms. Rikas testify during that trial?

14         A.    I believe so.

15         Q.    Were you present in the courtroom during

16    all of the testimony?

17         A.    No, I was in the hallway.

18         Q.    And that's because you were a witness,

19    correct?

20         A.    Yes.

21         Q.    Were you present in the courtroom for any

22    portion of that trial?

23         A.    Just kept going back and forth, like

24    continuances stuff like that.  That was it.

                                                          12

1   Nothing that was actually talked about in front of

2   me, no.

3        Q.   Were you physically present in the

4   courtroom on the day that any witness provided any

5   testimony in that criminal case?

6        A.   I was not present for any testimony.

7        Q.   Were you present when the Court handed

8   down its decision in that case?

9        A.   I was not.  I was in the hallway.

10       Q.   Just to be very clear, you have no

11   personal knowledge as to anything that was said in

12   the courtroom?

13       A.   No.

14       Q.   Other than what you've already told me,

15   have you and Ms. Rikas' attorney have any

16   conversation about this pending federal lawsuit?

17       A.   What do you mean by that?

18       Q.   Have you been interviewed by Ms. Rikas'

19   attorneys?

20       A.   Yes, briefly, to discuss my side

21   witness-wise.

22       Q.   When did that interview take place?

23       A.   Just after the criminal case was over

24   with.  I'm not sure when that was.

13

1      Q.    Where did it take place?

2      A.    At Fitzpatrick and Fitzpatrick law office

3    I believe it's called.

4      Q.    Can you tell me what you told Ms. Rikas'

5    attorney about your side, as you put it, of what

6    happened?

7      MR. FITZPATRICK:  We agree that I'm not his

8    lawyer, right?  I mean we agree to that?

9      MS. ATKINS:  As I'm taking his testimony, it's

10    true that you're not his attorney.

11      MR. FITZPATRICK:  Okay, fine.

12      THE WITNESS:  We were on the train to go back

13    to Joliet and we were sitting on the top part and

14    we were told to leave the train and we did.  We

15    were the last ones.

16        We got up and I helped Alex down the

17    stairs to go to the bottom part of the train, down

18    the train stairs to go outside the train, and at

19    that time Babusch was behind us and he said that if

20    he hears one more word coming out of Alex' mouth,

21    he's going to place us under arrest.

22        Alex turned around and said, place us

23    under arrest for what?  That's when she was on my

24    side, the next thing I know, Babusch grabbed her by

15

1  the shoulders, smashed her down.  And she tried to

2  get up down, and he took her by the back of the

3  neck and pushed her head down again, and she was

4  screaming.  And Babusch's partner was holding me

5  back saying, stay out of it.

6        Next thing I know, she was arrested and

7  all this happened.

8  BY MS. ATKINS:

9     Q.   As I mentioned earlier, Ms. Rikas has

10 identified you as a witness who was with her the

11 evening of the incident for which she's suing.

12       By the evening, I mean like mid-afternoon

13 until after the incident occurred; is that

14 accurate?

15    A.   Yes.

16    Q.   We've already established she was your

17 girlfriend at the time, correct?

18    A.   Yes.

19    Q.   How long had the two of you been dating as

20 of May of 2012?

21    A.   I believe about two years, maybe two and a

22 half years.

23    Q.   You two are no longer dating, correct?

24    A.   No.

                                                    15

1     Q.    That is correct?

2     A.    Yes.

3     Q.    Are the two of you still dating?

4     A.    No, we are not.

5     Q.    When was the last time you two dated?

6     A.    October of last year.

7     Q.    October of 2013?

8     A.    Yes, is when we broke up.

9     Q.    The two of you are you still in contact

10    with one another on occasion?

11    A.    Yeah.  Like, hi, how's it going; how's

12    life treating you.  That's it.

13    Q.    I know from Ms. Rikas' answers to

14    discovery in her deposition testimony in this case

15    that she had consumed a lot of alcohol on May 8th,

16    the day that this happened; is that a fair

17    statement?

18    A.    Yeah, we were drinking.

19    Q.    When did you and Ms. Rikas first meet up

20    on May 8th of 2012?

21    A.    Is that the day everything happened?

22    Q.    Yeah.  It kind of went from May 8th into

23    very early May 9th.  So you would have started your

24    evening May 8th and then everything ended on the

16

1   9th.

2        A.    We were going to Chicago because it was

3   her last day in Illinois.  She was going to go back

4   home to Arizona just to be with her sister and

5   stuff.  She's never really been down here so I was

6   going to take her downtown.

7             We went out to eat, went to Navy Pier,

8   went to Millennium Park, saw the bean, all that

9   stuff.  And we were on our way coming back home

10  around -- I believe it was -- I'm not sure what

11  time it was.  It was a late night.

12       Q.    So do you have a clear recollection of

13  that evening; meaning when you all left Joliet and

14  came into Chicago up to the point when you

15  mentioned Officer Babusch?

16       A.    Yes, I do.

17       Q.    From the point you all left Joliet to come

18  to Chicago to when you first encountered Officer

19  Babusch, do you have a clear recollection of that

20  evening?

21       A.    Yeah.

22       MR. FITZPATRICK:  Objection.  Asked and

23  answered.

24       THE WITNESS:  For the most part.  I mean, it's

                                                    17

1    been two and a half years already.  So for the most

2    part I believe so.

3    BY MS. ATKINS:

4         Q.    When you first encountered

5    Officer Babusch, in your own assessment, do you

6    believe yourself to have been intoxicated?

7         A.    No.

8         Q.    How much alcohol had you consumed that

9    evening?

10        A.    I do not remember exactly.

11        Q.    Do you recall when you had your first

12   drink on May 8th?

13        A.    Yes.  We went out to eat and I had a

14   Budweiser.

15        Q.    And was this out to eat in the City?

16        A.    Yeah, at some restaurant out here.

17        Q.    So it's your testimony you had not

18   consumed any alcohol prior to arriving in Chicago

19   on May 8th?

20        A.    Correct.

21        Q.    Had Alex consumed any alcohol prior to

22   arriving in Chicago on May 8th?

23        A.    Not to my knowledge, no.

24        Q.    You didn't personally witness her consume

18

1    any; is that correct?

2         A.    Not at all.

3         Q.    You all arrived in Chicago on the Metra

4    train, correct?

5         A.    Yes.

6         Q.    And did that train leave Joliet?

7         A.    Yes, it did.

8         Q.    At the LaSalle Street station?

9         A.    Yes.

10        Q.    Are you familiar with the area surrounding

11   LaSalle Street station?

12        A.    Not really.  I mean, I can get around if I

13   had to but off the back of my hand, no.

14        Q.    Where was the first place that you and

15   Alex -- forgive me if I interchange between Alex

16   and Ms. Rikas.

17              We know it to be the same person?

18        A.    Yes.

19        Q.    Where was the first place that you and

20   Alex went after getting off the train at LaSalle

21   Street station?

22        A.    We went to go get something to eat.

23        Q.    Do you recall where?

24        A.    I am not 100 percent on the restaurant.

19

1      Q.     Did you guys get there on foot?

2      A.     Yes, we walked most of the night.

3      Q.     If you walk out of the LaSalle Street

4  station, are you able to tell me -- if I wanted to

5  go east would you be able to tell me which way to

6  turn?

7      A.     I do not know.  I got lost coming here

8  so...

9      Q.     Do you know in which direction Lake

10 Michigan is from the LaSalle Street station?

11     A.     All's I know is the lake is east.

12     Q.     If you exited LaSalle Street station and

13 you wanted to go to Lake Michigan, would be able to

14 just automatically start walking in that direction?

15     A.     No, I would have to ask somebody.

16     Q.     What type of restaurant did you and Alex

17 go to when you first arrived in Chicago?

18     A.     Kind of casual, a burger place.

19     Q.     Was it counter service like a McDonald's,

20 fast food --

21     A.     No.  We sat at a table.  A waitress

22 brought our food.

23     Q.     You said like a burger place, was it a

24 burger place?

20

1      MR. FITZPATRICK:  Objection.  Form.

2      THE WITNESS:  Yeah, I had a burger, had a

3  burger and a beer, and that was it.

4  BY MS. ATKINS:

5      Q.    Do you recall what Alex ordered?

6      A.    Probably chicken.

7      Q.    Is that usually what she ordered was

8  chicken?

9      A.    Yeah.

10      Q.    Did she order a drink?

11      A.    I believe so.  I believe -- yeah, I want

12  to say yeah.

13      Q.    Do you recall what type of drink it might

14  have been?

15      A.    I have no idea.

16      Q.    Was it an alcoholic beverage?

17      A.    Yes.

18      Q.    You don't recall if it was beer or liquor?

19      A.    I do not recall, no.

20      Q.    Do you recall if it was wine?

21      A.    I can't remember what she ordered.

22      Q.    In May of 2012, I believe, you said you

23  and Alex had been dating for like two, two and a

24  half years at that point?

21

1      A.      Yes.

2      Q.      Did she have a drink of choice that you

3   were aware of?

4      A.      No.

5      Q.      After the two of you ate at this

6   restaurant where you most likely had a burger and

7   she most likely had chicken, where did you go next?

8      A.      I believe after that we went to Navy Pier.

9      Q.      Did you have just the one beer at dinner?

10     A.      At the restaurant, yes.

11     Q.      Did Alex have one or more drinks at the

12  restaurant?

13     A.      We each just had one drink.  That was it.

14     Q.      Who paid for dinner?

15     A.      I have no idea.

16     Q.      Did you bring cash with you that evening?

17     A.      Yes, I always have cash on me.

18     Q.      Do you normally pay in cash?

19     A.      It's a mix between cash and credit card.

20     Q.      In the two, two and a half years that you

21  had been dating Alex in May of 2012, did you know

22  her to use cash or credit card or debit card?

23     A.      A mix between credit and cash.

24     Q.      Did the two of you share an account back

22

1    in May of 2012?

2         A.    No.

3         Q.    After dinner, you two made your way over

4    to Navy Pier; is that correct?

5         A.    Yes.

6         Q.    What time had you arrived in Chicago?

7         A.    We got to the City itself around 2:30,

8    3:00 o'clock maybe.

9         Q.    What time do you think you ate dinner?

10        A.    About 4:00, 4:30.

11        Q.    What did you do between 2:00, 2:30 and

12   4:00 or 4:30 on May 8th?

13        A.    Tried to find our way around the City,

14   started walking.

15        Q.    Where did you walk during those,

16   approximately, two hours?

17        A.    Just anywhere.  Just looked at the

18   buildings.  Like I said, she's never been down here

19   to see anything.  So I was just showing her around.

20        Q.    What sites did you show her during those

21   first two hours?

22        A.    We saw the skyline.  She rode the Ferris

23   wheel at Navy Pier.  She saw Millennium Park.

24   I believe we saw Buckingham Fountain, but I'm not

                                                          23

1    sure about that; and just looked at the different

2    artwork statues around the City.

3         Q.    When you first arrived in Chicago and you

4    left the LaSalle Street station, do you think you

5    might have walked to the lake front to see the

6    skyline first?

7         A.    We didn't -- right when we got off the

8    train, we walked around and went looking for a

9    place to eat.

10        Q.    But you didn't eat for approximately two

11   hours after arriving, correct?

12        A.    Yes.

13        Q.    And during those two hours, is that when

14   you saw the skyline?

15        A.    No.   We saw the skyline at Navy Pier.

16   I believe that's the skyline.

17        Q.    And you rode the Ferris wheel at

18   Navy Pier, correct?

19        A.    Yes, that was her first time.

20        Q.    And you said you may have seen Buckingham

21   Fountain, correct?

22        A.    Yes, sorry.

23        Q.    Was that before or after dinner?

24        A.    Navy Pier was after dinner.

24

1      Q.    But Buckingham Fountain, was that before

2   or after dinner?

3      A.    That was all after.

4      Q.    And the bean was after dinner?

5      A.    Yes, it was.

6      Q.    So, again, where did the two of you go

7   from 4:00, 4:30 until 6:00 or 6:30.

8      A.    Like I said, we just walked around and saw

9   the different artwork.  Passed by the Daley Center,

10  saw the Picasso, saw that big spider thing.

11  I don't know what exactly it is.

12     Q.    The flamingo in front of the federal

13  building?

14     A.    I guess.  I have no idea.  Just saw

15  different statues and walked around and looked at

16  the buildings.

17     Q.    During those two hours, did you all

18  consume any alcoholic beverages?

19     A.    Not after we ate, no.

20     Q.    Before you ate?

21     A.    Before we ate sorry.

22     Q.    And you didn't consume any on the train

23  ride in, correct?

24     A.    No, not at all.

25

1      Q.    So other than walking around seeing the

2   Daley Center, seeing the Picasso, seeing the spider

3   thing, which I'm thinking might be the flamingo

4   because it does look like a spider, can you tell me

5   any other specific place that the two of you went

6   to between first arriving at 4:00 or 4:30 in the

7   afternoon and having dinner at 6:00 or 6:30?

8      A.    We had dinner around 4:00 or 4:30.

9      Q.    Oh, I'm sorry.  You arrived at 2:00 or

10  2:30, correct?

11     A.    Yeah.  We arrived at 2:30, 3:00 o'clock,

12  and didn't eat until 4:00 or 4:30.

13     Q.    Had you two of you been together all day

14  like since the morning, since you woke up in the

15  morning?

16     A.    About.  I mean, I walked over to where she

17  lived at the time around 10:00 o'clock.

18     Q.    From when you first saw Alex in the

19  morning at around 10:00 o'clock until you arrived

20  in Chicago around 2:30 or 3:00, had the two of you

21  consumed any food together?

22     A.    Together, no.

23     Q.    To your knowledge, had Alex consumed any

24  food that day?

26

1      A.    Pretty sure she had breakfast.  I wasn't

2 with her.  I don't know.

3      Q.    Does she normally eat breakfast?

4      A.    Yeah, she normally eats breakfast.

5      Q.    To your knowledge, did Alex consume any

6 alcoholic beverages before you got to her house?

7      A.    Not at all.

8      Q.    Did Alex consume any over-the-counter

9 medication before you arrived?

10      A.    No.

11      Q.    Did she consume any over-the-counter

12 medication while she was in your presence at all on

13 May 8th?

14      A.    Not at all.

15      Q.    Did she consume any prescription

16 medications before you arrived?

17      A.    Not at all.

18      Q.    Was she taking any prescription

19 medications in May of 2012?

20      A.    No.

21      MR. FITZPATRICK:  Object to that

22 question previous -- never mind.  Just object to

23 the form.

24      THE WITNESS:  No.

27

1    BY MS. ATKINS:

2        Q.    Prior to the two of you getting to

3    Chicago, did she consume any prescription drugs in

4    your presence?

5        A.    No, she did not.

6        MR. FITZPATRICK:  Objection.  Relevance, form.

7        MS. ATKINS:  John, respectfully, until you have

8    an appearance on file, I might have a problem with

9    you levying objections.

10       MR. FITZPATRICK:  If you won't let me make

11   objections, then I got to get someone here who can

12   if you don't want me to make objections.

13       MS. ATKINS:  No, that's fine.  I mean you don't

14   represent him.  So it's not like he has to follow

15   the objections, but you need to make them on the

16   record --

17       MR. FITZPATRICK:  The objection is just because

18   it's potentially an evidence dep, potential

19   evidence, so I want to make my objections on behalf

20   of my client.  If you want, I can make sure the

21   appearance gets on file now?  If you want to right

22   now --

23       MS. ATKINS:  Yeah.

24       MR. FITZPATRICK:  Why don't we do that.  So we

                                                      28

1   can go off record.

2      MS. ATKINS: I trust that it'll get done.

3               (WHEREUPON, a break was held

4                off the record, after which

5                the deposition continued.)

6      MS. ATKINS: All right?

7      MR. FITZPATRICK: It's okay with me.

8  BY MS. ATKINS:

9      Q.   In the two, two and a half years that you

10  had been dating Ms. Rikas in May of 2012, had you

11  known her to consume any illicit drugs?

12      A.   No.

13      Q.   Had you ever seen her smoke marijuana?

14      A.   No.

15      Q.   Have you ever seen her take any

16  narcotics --

17      A.   No.

18      MR. FITZPATRICK: Objection. Form, foundation.

19  BY MS. ATKINS:

20      Q.   -- that were not prescribed to her?

21      A.   Never.

22      Q.   You already told me that she didn't have a

23  particular favorite drink to your recollection; is

24  that true?

29

1          MR. FITZPATRICK:  Objection.  Asked and

2     answered.

3          THE WITNESS:  Yes.

4     BY MS. ATKINS:

5          Q.   Have you ever worked in the service

6     industry?  I know you said you worked in the --

7          A.   Food-wise?

8          Q.   Yeah.

9          A.   All my life.

10         Q.   I don't know if they still call it this

11    but are you familiar with like a Basset

12    certification, B-A-S-S-E-T, certification?

13         A.   I've never heard of that.

14         Q.   In your experience in the service

15    industry, have you ever been required to undergo

16    any training in order to serve or sell alcoholic

17    beverages?

18         A.   No.

19         Q.   Have you ever had any on-the-job training

20    on assessment of a person's intoxication level?

21         A.   No.

22         Q.   Have you ever been asked in -- I think,

23    you said you've been in the service your entire

24    working life?

                                                    30

1      A.     Since I was 17.

2      Q.     Since you were 17-years old?

3      A.     Yes.

4      Q.     Since you were 17 working in the service

5   industry, have you ever been asked to assess a

6   patron's intoxication level?

7      A.     I've never been asked, no.

8      Q.     Have you personally ever assessed a

9   person's intoxication level?

10     A.     Yes, I have.

11     Q.     For what person?

12     A.     Because they were acting erratic and

13  I used to work for a catering company so I had to

14  take care and make sure the wedding ran smooth or

15  Mardi Gras party and we've had to escort people

16  out, call police.

17     Q.     Stop serving them when they're --

18     A.     Well, I was never the bartender but, yeah,

19  call the police.  Pretty much decide whatever,

20  security.

21     Q.     During the evening of May 8th from when

22  you and Alex first arrived in Chicago to when you

23  had your first interaction with Officer Babusch,

24  would you have assessed Alex as being intoxicated

31

1    at any point in time during that evening?

2        A.    Was she blacked out, wasted drunk, no; but

3    would she blow over a .08, yes.

4        Q.    So you're familiar with the legal

5    intoxication limit for operating a motor vehicle --

6        A.    Yes.

7        Q.    -- is .08, correct?

8        MR. FITZPATRICK:   Objection.

9        THE WITNESS:  Yes.

10        MS. ATKINS:  Grounds?

11        MR. FITZPATRICK:  I object to the form.

12    I object to it's a legal conclusion or it's a legal

13    opinion and I object to the relevance.

14    BY MS. ATKINS:

15        Q.    Your answer was yes?

16        A.    Am I familiar with .08 of the law, yeah.

17        Q.    When you and Alex were at Navy Pier on

18    May 8th, did you consume any alcoholic beverages at

19    Navy Pier?

20        A.    Me or her did not drink at Navy Pier.

21        Q.    How long do you think you were at

22    Navy Pier?

23        A.    A few hours I guess.

24        Q.    Where did you go after Navy Pier?

32

1    A.    We just walked down the lake.  Like we

2    walked to Millennium Park I believe is over there

3    somewhere and then Buckingham Fountain.

4    Q.    While you were walking along the lake

5    front or at or near Buckingham Fountain, did you

6    purchase any alcoholic beverages?

7    A.    No.

8    Q.    Did you consume any alcoholic beverages?

9    A.    No.

10    Q.    During this period in time after leaving

11    Navy Pier and walking the lake front including the

12    bean, Buckingham Fountain, it's your testimony that

13    neither of you consumed any alcohol?

14    A.    Not at all.

15    Q.    Where did you go after

16    Buckingham Fountain?

17    A.    We walked back into the City and I believe

18    we saw the Sears Tower, stuff like that, the

19    Four Seasons hotel.  My dad used to work there so

20    I wanted to show her that.  Just looked at the

21    buildings.

22    Q.    So the Four Seasons near Water Tower?

23    MR. FITZPATRICK:  Objection.  Form.

24    THE WITNESS:  I believe it's by the

33

1    John Hancock.

2    BY MS. ATKINS:

3        Q.    So the way that I'm picturing your route

4    is you arrive in Chicago at 2:30 or 3:00 p.m.,

5    correct?

6        A.    Yes.

7        Q.    And you make your way to a restaurant

8    where you had a Budweiser and burger, correct?

9        A.    Uh-hum, yes.

10       Q.    And Alex had most likely chicken and some

11   sort of alcoholic beverage, correct?

12       A.    Yes.

13       Q.    One each, one drink each, correct?

14       A.    Yes.

15       Q.    You then walk to Navy Pier, correct?

16       A.    Correct.

17       Q.    And you do the Ferris wheel and walk

18   around, correct?

19       A.    Yes.

20       Q.    And I think you were there for maybe three

21   hours?

22       A.    Yeah, a few hours.

23       Q.    Then you make your way from Navy Pier to

24   Millennium Park?

34

1      A.    Yes.

2      Q.    You guys walk the lake front, correct?

3      A.    Yes.

4      Q.    You saw Buckingham Fountain?

5      A.    I believe so, yes.

6      Q.    And the bean?

7      A.    We saw the bean.

8      MR. FITZPATRICK:  Object to the relevance of

9  all this as well.

10  BY MS. ATKINS:

11      Q.    You then make your way from the bean to

12  the Four Seasons where your dad used to work or did

13  you go to the Sears Tower first?

14      A.    I do not remember what we hit first.

15  I mean we were all over the place.  Like I said,

16  it's been like two and a half years.  We walked all

17  over the City.

18      Q.    Did you walk Michigan Avenue from the bean

19  to Sears Tower?

20      A.    I couldn't even tell you.  I don't know

21  even know where Michigan Avenue is.

22      Q.    But you can't recall if you saw the Sears

23  Tower first or John Hancock first, correct?

24      A.    Yeah.  I don't even believe we saw the

35

1    John Hancock.  I said the Four Seasons was by the

2    John Hancock.  I know we saw the Sears Tower and

3    that's it.

4         Q.    The last site that you and Alex saw before

5    heading back to the LaSalle Street station to go

6    home on the train -- can you tell me what major

7    site it was that you saw?

8         MR. FITZPATRICK:  Objection.  Form.

9         THE WITNESS:  We didn't see a major site.  We

10   had something small to eat and something to drink

11   before we got back on the train.

12   BY MS. ATKINS:

13        Q.    But just to be clear on the record, are

14   you telling me that at no time between having your

15   burger and beer and chicken and drink when you

16   first arrived in Chicago at -- I believe, you said

17   you consumed that food and that drink at 4:00,

18   4:30; is that correct?

19        A.    Yeah, somewhere around there.

20        Q.    Are you telling me that you did not eat or

21   drink until just before you made your way back to

22   the train?

23        A.    No.

24        MR. FITZPATRICK:  Objection.  Form, leading.

36

1    Mischaracterizes his prior testimony.

2    BY MS. ATKINS:

3        Q.    You told me you didn't eat or drink

4    anything at Navy Pier, correct?

5        A.    Correct.

6        Q.    And you were there, approximately, three

7    hours?

8        A.    Yeah, about three hours.

9        Q.    You told me you didn't eat or drink

10   anything while you were walking the lake front,

11   correct?

12       A.    No, we did not.  Correct, yes.

13       Q.    You told me you didn't eat or drink

14   anything when you were in the vicinity of

15   Buckingham Fountain and the bean, correct?

16       A.    Correct.

17       Q.    Did you eat or drink anything when you

18   were in the vicinity of the Four Seasons?

19       A.    Yes.  When we walked around the City, we

20   would stop at little side places, like hole in the

21   wall places, just to do it and ate whatever.

22       Q.    By just to do it, you mean just to pop in?

23       A.    Just to pop in, yeah.

24       Q.    And you would eat?

37

```
 1      A.   Yes.

 2      Q.   Would you drink?

 3      A.   Yes.

 4      Q.   Were you drinking alcohol?

 5      A.   Sometimes, yes.

 6      Q.   How many places did you pop into while

 7  walking around the City to drink alcohol?

 8      A.   I couldn't tell you.  It's been a long

 9  time.  More than two, not anymore than five though.

10      Q.   Did you have more than one drink in each

11  spot?

12      A.   Not in each spot, no.

13      Q.   Did you have only one drink in each spot?

14      A.   Not only one drink in each spot.  Some

15  spots we did, but they were kind of sketchy spots

16  so we just left.

17      Q.   Between having the burger and beer and the

18  chicken and the drink at 4:00 or 4:30 in the

19  evening until you returned to the LaSalle Street

20  station, how many alcoholic drinks do you think you

21  consumed during that time period?

22      A.   I couldn't give you a number.

23      Q.   How many did Alex drink?

24      A.   I couldn't even give you a number.
```

                                                    38

1    Q.   Alex drink more than five?

2    A.   I don't believe so.

3    Q.   I thought you just testified that you had

4  popped into at least five places where you had at

5  least one drink, if not more, in each spot; is that

6  true?

7    MR. FITZPATRICK:   Objection.   Mischaracterizes

8  his prior testimony.   Form, foundation, improper

9  form.

10  BY MS. ATKINS:

11   Q.   Is that what you said?

12   A.   But I also said we didn't only drink

13  alcohol.   We also had soda and small things to eat.

14   Q.   In what spots did you only have sodas?

15   A.   I couldn't give you names.   They were like

16  hole in the wall places.

17   Q.   Can you give me the names of any of the

18  places that you all stopped in?

19   A.   I cannot.

20   Q.   Not even where you had the burger and the

21  beer, correct?

22   A.   No.

23   Q.   So just to be crystal clear on the record,

24  you cannot tell me anywhere where you guys went?

39

1     A.    I cannot, no.

2     MR. FITZPATRICK:  Objection to the form,

3     objection leading, and mischaracterizes his prior

4     testimony.

5     BY MS. ATKINS:

6     Q.    Did I mischaracterize your testimony that

7     you can't tell me the name of a single restaurant

8     or bar that you went into?

9     MR. FITZPATRICK:  Objection.  Form, badgering

10    the witness.

11    THE WITNESS:  I don't know what that means.

12    BY MS. ATKINS:

13    Q.    Can you tell me the names of any

14    restaurant or bar that you and Alex went into on

15    May 8th of 2012?

16    A.    No, I cannot.

17    Q.    That's all I was asking.  I believe you

18    stated just a few moments ago that prior to going

19    back to the LaSalle Street station to board the

20    train to go home, you and Alex stopped at one last

21    place; is that correct?

22    A.    Yeah, a little wine place.

23    Q.    Can you tell me how far from the train

24    station that wine place was?

40

1    A.    Within walking distance because we walked

2    the whole night.  Well, most of the night.

3        Q.    Did you have an alcoholic drink when you

4    were at this wine place?

5        A.    Yes, we each had wine.

6        Q.    Did you have more than one glass of wine?

7        A.    No.

8        Q.    During this time that you and Alex were

9    downtown from first arriving at 2:30 or

10   3:00 o'clock in the afternoon until you got --

11   actually got to the wine bar at the end of the

12   evening, in your opinion, did you believe Alex to

13   be intoxicated?

14       A.    Like I said before, she wasn't blackout

15   wasted, but she would blow over a .08.

16       Q.    Had you -- in the two, two and a half

17   years that you and Alex had been dating in May

18   of 2012, had you seen her blackout wasted?

19       A.    Yes, I have.

20       Q.    How many times do you think you had seen

21   her blackout wasted?

22       MR. FITZPATRICK:  Objection.  Form, foundation,

23   relevance.

24       THE WITNESS:  Maybe once at our house and that

41

1    was it.

2    BY MS. ATKINS:

3         Q.    When you say that -- in your assessment,

4    she would blow over a .08; is that correct?

5         A.    Yes.

6         Q.    What do you base that on?

7         A.    Her weight, her size.

8         Q.    But you can't tell me how many drinks she

9    had, right?

10        A.    No.   Just pretty much common sense of how

11   big she is compared to what -- the whole night.

12   More than one drink would probably put her over

13   .08.

14        Q.    How much did Alex weigh at the time?

15        A.    100 pounds.

16        Q.    When you got to the wine bar on May 8th,

17   approximately, what time do you think it was?

18        A.    It was just before we got to Metra.  So a

19   few hour timeframe from the Metra incident, I don't

20   know.  A few hour timeframe, I'm not sure.

21        Q.    So you think you got to the wine bar a few

22   hours before the incident at the train station?

23        A.    Yes.   Because we had to walk and wait for

24   the train and then board the train and then right

                                                        42

1    before the train left is when we were asked to

2    leave.

3        Q.    What time was the train leaving?

4        A.    I believe that was the last train out to

5    Joliet.

6        Q.    Do you recall what time that was scheduled

7    to leave?

8        A.    I do not.

9        Q.    Maybe around 12:30 in the morning?

10        A.    Sure.

11        Q.    Does that sound about right to you or no?

12        A.    Yeah, about right.  That sounds usual for

13    a train schedule.

14        Q.    So you think that you got to the wine bar

15    you said a few hours before the train incident?

16        A.    Yeah, within two hours.

17        Q.    So maybe 10:30; fair to say?

18        A.    Why not.

19        Q.    And this wine bar was within walking

20    distance of the train station; is that correct?

21        A.    Yes, it was.

22        Q.    When you left the wine bar -- strike that.

23        You said each of you only had one glass of

24    wine at the wine bar?

43

1  A. Yes.

2  Q. After you left the wine bar, did you make

3 any -- did you stop at the seven-eleven on the way

4 to LaSalle Street station?

5  A. Yes, we did.

6  Q. And did you purchase a pint of the vodka?

7  A. I did, yes.

8  Q. Did you keep that pint of vodka on your

9 person?

10  A. In my back pocket.

11  Q. What was your intention with the vodka?

12  A. To keep the party going when we got home.

13  Q. Did you intend to drink on the train?

14  A. Not at all.

15  Q. After leaving the wine bar and making your

16 way to the LaSalle Street station, did Alex require

17 your help in walking?

18  A. Not really.

19  MR. FITZPATRICK: Objection. Form.

20 BY MS. ATKINS:

21  Q. Was she stumbling at all?

22  A. No.

23  THE WITNESS: Can I take a break?

24  MS. ATKINS: Of course.

44

1        THE WITNESS:  Can I talk to you in the hall?

2                              (WHEREUPON, a discussion was

3                              held off the record, after

4                              which the deposition

5                              continued.)

6        MS. ATKINS:  Back on the record.  Let the

7   record reflect that the witness just took a break

8   with Plaintiff's counsel.

9   BY MS. ATKINS:

10       Q.    What did you two talk about?

11       A.    Just whether or not he wanted me to answer

12  the questions when he said object.

13       Q.    What did he tell you?

14       A.    He said just keep answering them; you're

15  doing fine.

16       Q.    You understand he's not your attorney,

17  correct?

18       A.    I understand, yes.

19       Q.    Did you discuss anything else about your

20  testimony?

21       A.    That was it.

22       Q.    Did he give you any other direction?

23       A.    No.

24       Q.    When you and Ms. Rikas arrived at the

                                                        45

1    LaSalle Street station, approximately, what time

2    was it?

3        A.    To go home?

4        Q.    Yes.

5        A.    Just before the last train went.  Maybe

6    about half an hour before it left, 45 minutes.

7        Q.    Did the two of you have tickets to board

8    the train?

9        A.    No, the ticket booth was closed.  You had

10   to buy them on the train.

11       Q.    When you and Ms. Rikas took the train in

12   from Joliet into Chicago earlier in the day, did

13   you only purchase one-way tickets?

14       A.    Yes.

15       Q.    And was that because you didn't know what

16   time you'd be returning?

17       A.    Yeah.

18       Q.    When you arrived at the LaSalle Street

19   station, did you enter from the Van Buren side?

20       A.    I'm not sure what side that is.  It's the

21   side with the stairs and you go through that

22   tunnel.

23       Q.    Did you actually go through the station

24   itself or were you able to go directly onto the

46

1    platform to wait for the train?

2        A.    It was like the street and then you got

3    the side stairwell that runs along the side of the

4    building to go straight up and that you got that

5    little tunnel thing, that little pathway.

6        Q.    I think that might be, if memory serves

7    me, maybe the Congress entrance.

8        A.    I have no idea.

9        Q.    Neither here nor there.

10            Did you actually go inside of the station

11   itself?

12       A.    Yes, to use the restroom.

13       Q.    When you were inside the station, other

14   than using the restroom, did you purchase anything

15   from any vending machines?

16       A.    Not at all.

17       Q.    Did Ms. Rikas use the washroom as well?

18       A.    I don't believe so, no.

19       Q.    When you and Ms. Rikas entered the LaSalle

20   Street train station, I think, you said

21   approximately like 30 minutes before the last train

22   left for Joliet, were you and she arguing inside

23   the station?

24       A.    Not at all.

47

1     Q.    Were you and she yelling at one another?

2     A.    No.

3     Q.    Were you and she using profanity?

4     A.    No.

5     Q.    Were you being loud in speaking with one

6  another?

7     A.    We weren't being loud, no.

8     Q.    How often do you ride the Metra?

9     A.    Pretty fair amount I guess.

10    Q.    You're familiar with the uniform that the

11  conductors wear?

12    A.    Yes.

13    Q.    When you and Ms. Rikas arrived at the

14  LaSalle Street station and after you used the

15  washroom, were you approached by a conductor?

16    A.    Not a conductor, no.

17    Q.    Were you approached by any Metra

18  personnel?

19    A.    A Metra officer, yes.

20    Q.    A Metra police officer?

21    A.    Metra police officer, yes.

22    Q.    Can you describe that police officer for

23  me?

24    A.    Heavy set, Hispanic.

48

1     Q.   Did you catch the officer's name by any

2  chance?

3     A.   No, I did not.

4     Q.   Did this officer say anything to you?

5     A.   Yes, he did.  He asked us if everything

6  was all right.

7     Q.   What did you say to him?

8     A.   I said, yes.  I said, she's going to sit

9  right here and I'm going to use the bathroom and

10  I'll be right back.

11     Q.   So this was before you used the washroom

12  you were approached by a police officer?

13     A.   Yes, before when we walked into the door

14  area.

15     Q.   Like the vestibule area?

16     A.   Yeah, where you buy your ticket at.

17     Q.   And there was a men's washroom in that

18  vicinity?

19     A.   Uh-hum.  That's where you got the circle

20  chairs.

21     Q.   And this police officer, this male

22  Hispanic, heavy-set police officer approached you

23  and Ms. Rikas?

24     A.   Yes, he did.

49

1      Q.   He asked you if everything was okay?

2      A.   Yes, he did.

3      Q.   And you responded, yes, it is; she's going

4   to sit right here and I'm going to go to the

5   washroom?

6      A.   Yes.

7      Q.   Tell me what precipitated this officer

8   approaching you and asking you if everything was

9   okay.

10      MR. FITZPATRICK:  Objection.  Speculation,

11   form.

12      THE WITNESS:  I have no idea.

13   BY MS. ATKINS:

14      Q.   What caused you to answer him that

15   everything is okay and she was just going to sit

16   down?

17      A.   Because everything was okay.

18      Q.   Was she stumbling; she being Ms. Rikas?

19      A.   No.

20      Q.   And she wasn't yelling?

21      A.   No.  We were just talking about her sister

22   and stuff like that.

23      Q.   She wasn't swearing?

24      MR. FITZPATRICK:  Objection.  Asked and

                                                      50

1    answered.

2         THE WITNESS:  I have no idea.  Probably, maybe

3    not.  I don't know.  I can't remember.

4    BY MS. ATKINS:

5         Q.   If Ms. Rikas testified that it wouldn't be

6    unusual at all if you guys were being loud and

7    swearing, would that be an inaccurate statement

8    from her?

9         A.   No.  I can't speak for her.  I mean...

10        Q.   So you have no clue why this police

11   officer came up to you guys?

12        MR. FITZPATRICK:  Objection.

13        THE WITNESS:  Probably because he thought we

14   were intoxicated or at least she was.

15   BY MS. ATKINS:

16        Q.   And he probably thought that because why?

17        MR. FITZPATRICK:  Objection.  Speculation.

18        THE WITNESS:  I have no idea.

19   BY MS. ATKINS:

20        Q.   She wasn't stumbling?

21        A.   No.

22        Q.   You weren't holding her arm to keep her

23   steady when you guys were walking?

24        A.   When he approached us, she was sitting

51

1    down.

2         Q.    I thought you told me that you told the

3    officer she would sit down?

4         A.    I said that she's going to sit here and

5    I'm going to use the bathroom.

6         Q.    She was already seated?

7         A.    In the metal chairs, yes.

8         Q.    You didn't ask the officer why he

9    approached you?

10        A.    No.

11        Q.    After you told the officer that Ms. Rikas

12   was just going to sit there and use the washroom,

13   what happened next?

14        A.    Nothing.  I went to the bathroom.  When I

15   came back out, no one was there besides Alex.

16        Q.    Was the police officer, this heavy set,

17   Hispanic, male police officer, was he still present

18   when you left to go to the washroom?

19        A.    Yes.

20        Q.    He was still standing where he had engaged

21   you in conversation?

22        A.    Yes, he was.

23        Q.    He had not moved at all?

24        A.    No.

                                                      52

1    Q.    So it's your testimony that you left Alex

2  sitting in the metal seats with this police officer

3  and you turned and went to the washroom?

4    A.    Yes.

5    Q.    Did you say anything to Alex before you

6  left to go use the washroom?

7    A.    No.

8    Q.    Did she say anything to you?

9    A.    No.

10    Q.    Was she and the police officer talking?

11    A.    Not at all.  She didn't say one word.

12    Q.    She didn't say a single word to the

13  officer during this exchange?

14    A.    Not one word at all.

15    Q.    You came out of the bathroom, the

16  officer's gone, correct?

17    A.    Yes.

18    Q.    Alex is still seated where you had left

19  her, correct?

20    A.    Same seat.

21    Q.    And what's the next thing you two did?

22    A.    Walked out to board the train.

23    Q.    Did you have to help Alex out of her seat?

24    A.    No, I did not.

53

1    Q.    Did the two of you have to walk through

2  any doors to get to the train?

3    A.    The door to leave the ticket booth area,

4  and that was it.

5    Q.    Could you see this heavy-set, male,

6  Hispanic police officer?

7    A.    Nowhere.

8    Q.    And the two of you went through the doors

9  out to the train platform?

10    A.    Yes.

11    Q.    Did you have to open the door to get

12  through out to the train platform?

13    A.    Yes, the doors were closed.

14    Q.    When you were walking from the spot where

15  Alex was seated out to the platform, did you have

16  to assist her at all?

17    A.    Assist her like as in walking?  No.

18    Q.    You didn't have to hold her arm to steady

19  her walk?

20    A.    Not at all.

21    Q.    She wasn't stumbling at all?

22    A.    Not at all.

23    Q.    During this time, and this time being when

24  you retrieved Alex after going to the washroom

54

1    until you went through the doors to get to the

2    train platform, were the two of you yelling?

3         A.    Not at all.

4         Q.    Were you speaking loudly?

5         A.    No.

6         Q.    Were you using profanity?

7         A.    I don't believe so.

8         Q.    Were you approached by any other Metra

9    personnel prior to boarding the train?

10        A.    No, not until we boarded the train and

11   Babusch boarded the train.

12        Q.    When you and Alex made your way to the

13   train, can you tell me how many railcars were on

14   this particular train?

15        A.    I have no idea.  I didn't count them.

16        Q.    Can you tell me which railcar you and Alex

17   boarded?

18        A.    The one that was all the way to the left

19   that was going toward Joliet.

20        Q.    And the train that was all the way to the

21   left that was going to Joliet, can you tell me

22   which rail car in that train you and Alex boarded?

23        A.    Not the first one.  Probably three down,

24   four down maybe.  I'm not 100 percent.  I wasn't

                                                    55

1    really keeping count of cars.

2        Q.    But it's your testimony that the two of

3    you walked a fair way -- did the two of you walk --

4        A.    Pass a few cars?

5        Q.    Yes.

6        A.    Yes.

7        Q.    And when you boarded -- strike that.

8              As you're making your way toward the third

9    or fourth car down to board, did you see any other

10   passengers?

11       A.    Maybe sitting in some other cars but that

12   was it.  We were the only ones walking in there at

13   the time.

14       Q.    You don't see any other passengers on the

15   platform?

16       A.    No.

17       Q.    When you and Alex boarded the train and

18   entered the railcar which you ultimately sat, did

19   you see any other passengers in that railcar?

20       A.    No, we were the only ones at the time.

21       Q.    Were you able to board the train without

22   incident?

23       A.    Yes.

24       MR. FITZPATRICK:  Objection.  Form.

                                                        56

1    BY MS. ATKINS:

2        Q.    Did you have to assist Alex in climbing

3    the stairs to get on the train?

4        A.    Not at all.

5        Q.    Did you and Alex sit on the -- strike

6    that.

7              Was this a single level or a double level

8    train?

9        A.    It had chairs on the bottom and top.

10       Q.    I belive you testified at the very

11   beginning of your deposition that you and Alex sat

12   on the top, correct?

13       A.    Yes.

14       Q.    Did you have to assist Alex up the stairs?

15       A.    No.

16       Q.    You did testify though that ultimately you

17   had to help her down the stairs, correct?

18       A.    Yes.

19       Q.    Now, when you and Alex boarded the train

20   and got up to the upper level, what did you and she

21   do?

22       A.    I sat down and I had my arm around her and

23   she had her head on my chest, shoulder over here,

24   and she was actually falling asleep; and then

                                                        57

1    Babusch comes in and says we got to leave.

2         Q.    You refer to Babusch with a lot of

3    certainty that it's Babusch who boarded the train.

4         A.    Officer Babusch, Babusch.

5         Q.    Describe Officer Babusch for me.

6         A.    Tall, buzz cut, heavy build.  I wouldn't

7    call him fat.  Stocky fat.  I don't know.

8         Q.    White, black?

9         A.    White.  Blond hair or dark blond,

10   sandy blond, whatever.

11        Q.    Was he wearing eyeglasses?

12        A.    No, he was not.

13        Q.    Did he have any facial hair?

14        A.    I don't believe so.

15        Q.    You and Alex are seated on the top level.

16              You have -- you indicated you have your

17   right arm around her, correct?

18        A.    Yes, I believe it was my right arm.

19        Q.    And she was resting her head kind of like

20   on your right chest?

21        A.    Yeah, between the shoulder and chest.

22        Q.    You said that she was starting to fall

23   asleep?

24        A.    Yes.

58

1    Q.    Was she asleep when Babusch boarded the

2  train?

3    A.    No, but I did have to tell her, hey, wake

4  up; we're getting kicked off the train.

5    Q.    And, again, it's your testimony that while

6  you and Alex made your way from the train station

7  and boarded the train that the two of you were not

8  yelling, correct?

9    A.    Yes.

10   Q.    You were not using profanity?

11   A.    Not to my knowledge, no.

12   Q.    That the two of you were not speaking

13  loudly, correct?

14   A.    Correct.

15   Q.    And that you hadn't been approached by

16  anyone other than this police officer earlier who

17  would inquired whether or not you were okay; is

18  that correct?

19   A.    Yes.

20   Q.    So you say that the two of you are on the

21  train and Officer Babusch boards, correct?

22   A.    Yes.

23   Q.    Officer Babusch, tall, white, blond hair;

24  he says what to you?

59

1      A.    You guys need to leave the train.

2 Something along those lines.

3      Q.    When you're seated on the upper level, are

4 you toward one end of the train or the other or are

5 you in the middle?

6      A.    We were in the middle with our backs near

7 the window.

8      Q.    And Officer Babusch, when did you first

9 see him?

10      A.    When he boarded the train.

11      Q.    So you know how the trains are set up,

12 there are doors at the end of the aisles; are you

13 familiar with that?

14      A.    To go from car to car?

15      Q.    Yes.

16      A.    Yes.

17      Q.    Were these doors opened or closed in the

18 railcar that you were sitting?

19      A.    I didn't even pay attention.

20      Q.    When you first saw Officer Babusch, did he

21 open the doors for you to see him or was he

22 standing on the ground floor in front of you?

23      A.    He was standing on the ground in front of

24 me when he told me to leave the train.

60

1     Q.   But did you see him actually board the

2  train?

3     A.   Yes.

4     Q.   When you saw him board the train, is it at

5  this point that you nudged Alex to get her

6  attention?

7     A.   No.  I didn't nudge her until after he

8  told us to leave.

9     Q.   But when Officer Babusch boarded the

10  train, you knew he was there for you guys, didn't

11  you?

12     A.   No.

13     Q.   But you were the only passengers on the

14  train, correct?

15     A.   Not on the entire train.  In that car,

16  yes.

17     Q.   In that car?

18     A.   Yes.

19     Q.   Why did you think that Officer Babusch was

20  boarding the train?

21     A.   Because I saw him step onto the train

22  steps.

23     MR. FITZPATRICK:  Objection.  Form,

24  speculation.

61

1        THE WITNESS:  I seen him walk onto the train.

2    BY MS. ATKINS:

3        Q.    And again, you and Alex were the only ones

4    in this particular railcar, correct?

5        A.    Yes.

6        Q.    Did Officer Babusch say anything as he was

7    boarding this railcar?

8        A.    No.

9        Q.    Did Officer Babusch say anything as he

10   walked down the aisle toward you?

11       A.    Nothing at all.

12       Q.    Did you say anything to Officer Babusch

13   when he boarded the train?

14       A.    Not a word.

15       Q.    Did you say anything to Officer Babusch as

16   he walked toward you down the aisle?

17       A.    Not at all.  I didn't even pay much

18   attention to him.

19       Q.    True that the officer kind of tapped you

20   on your foot to get your attention?

21       A.    Yes.

22       Q.    It's your testimony that he didn't say a

23   word to you before he tapped you on the foot?

24       A.    Not at all.

                                                          62

1      Q.    You and Alex having any conversation

2  before the officer tapped you on the foot?

3      A.    No.

4      Q.    You and Alex weren't yelling at one

5  another?

6      A.    Nope.  Like I said, she was falling asleep

7  on my shoulder and I had my head like that.

8      Q.    So the officer taps you on your foot and

9  tells you that you've got to get off of the train?

10      A.    Yes.

11      Q.    Is that the only thing he said to you?

12      A.    At that time, yes.

13      Q.    What did you do in response to him telling

14  you to get off the train?

15      A.    I nudged Alex and told her that we have to

16  leave.

17      Q.    You don't question the officer at all?

18      A.    No.

19      Q.    You weren't curious as to why you were

20  getting kicked off the train?

21      A.    I asked him if he was serious and that was

22  it; and he said, yes.  That was it.

23      Q.    You didn't ask him why?

24      A.    No.

63

1     Q.   Did Alex say anything to the officer?

2     A.   She asked him why.

3     Q.   And what did he say in response to her

4 asking why?

5     A.   He said, if I hear one more word out of

6 you, I'm going to place both of you under arrest.

7     Q.   I thought you testified earlier that that

8 was said after you and Alex had come down the

9 stairs and as you were exiting the train?

10    A.   It was.

11    Q.   I'm asking about when the officer taps you

12 on the foot and tells you to get off the train,

13 what did you say to him and he to you?

14    A.   I asked him if he was serious; and he

15 said, yes.

16    Q.   And did Alex at that point say anything to

17 the officer while you two were still on the upper

18 level?

19    A.   To the officer, no.

20    Q.   Did she say anything to you?

21    A.   Yes.

22    Q.   What did she say to you?

23    A.   Why?  What's going on?

24    Q.   Was she swearing?

64

1      A.      No.

2      Q.      If she testified that she was mother

3   fucking and doing a whole bunch of other cussing,

4   that's not your recollection?

5      A.      At the time when he told us to leave the

6   train?

7      Q.      Yes.

8      A.      No, she did not.

9      Q.      So after you asked the officer if he was

10  serious and he said, yes, did you and Alex then

11  stand up from your seats?

12     A.      Yes.

13     Q.      And you made your way toward the

14  stairwell?

15     A.      Down the stairs.

16     Q.      This is when you say you assisted Alex

17  down the stairs?

18     A.      Well, I had my hand on her back.

19     Q.      Was she stumbling at all?

20     A.      No.

21     Q.      Was she saying anything to you as you were

22  descending the stairs?

23     A.      Yes.

24     Q.      What was she saying?

65

1      A.     This is bullshit.

2      Q.     Was she yelling?

3      A.     No, she wasn't yelling.

4      Q.     If she testified she was yelling, that's

5  not your recollection?

6      A.     Not going down the stairs, no.

7      Q.     Did the two of you have to walk down --

8  once you made it to the bottom of the stairwell

9  inside the railcar, did the two of you have to walk

10  down the aisle in between the seats to get off the

11  seats?

12      A.     Just passed that gap between the seats and

13  the door at the end of the car.

14      Q.     So bottom of the steps, you all were able

15  to then just kind of turn, go to the vestibule, and

16  down the stairs; is that correct?

17      A.     Uh-hum, yes.

18      Q.     When you made it down to the bottom of the

19  stairs, was Officer Babusch there?

20      A.     He was behind us.

21      Q.     How did he get behind you while you were

22  on the stairs?

23      A.     Because he was standing in the middle of

24  the train car and the stairs are on the end, so we

66

1    were in front of him when he followed us behind.

2         Q.    And he was by himself?

3         A.    I believe so.

4         Q.    White, heavy set, blond hair officer, no

5    glasses follows you and Alex as you're making your

6    way off the train, correct?

7         A.    Yes.

8         Q.    At this point, was Alex yelling at the

9    officer?

10        A.    Not at the officer.

11        Q.    Was she yelling at all?

12        A.    Yes.

13        Q.    What was she was yelling?

14        A.    I don't know why we're getting off this

15   damn train; I don't know why we're getting kicked

16   off.

17        Q.    Was she swearing?

18        A.    Most likely, yes.

19        Q.    I don't have virgin ears, so if you

20   remember specifics, you can say them.  I'd prefer

21   you'd say them actually just so we have a clear

22   record.

23             Do you have any specific recollection of

24   any specific word?

                                                        67

1      A.    Actual words used, I do not.

2      Q.    But it's your recollection that she was

3    cussing?

4      A.    Yes.

5      Q.    She was yelling?

6      A.    Yes.

7      Q.    Was it at this point in time that

8    officer -- that the officer said:  If I hear one

9    more word out of you, I'm arresting you?

10      A.    When we were going down the stairs to exit

11    the train car itself, she asked something along the

12    lines of, why are we being kicked off the train;

13    and that's when Babusch said to both of us:  If I

14    hear one more word out of her, I'm going to arrest

15    both of you.

16      Q.    Did you say anything in response to that

17    statement?

18      A.    I did not.

19      Q.    Did Alex say anything in response to that

20    statement?

21      A.    Yes, she did.

22      Q.    What did she say?

23      A.    She went pfffft (phonetic).

24      Q.    Did she tell him to fuck off?

68

1      A.    No.

2      Q.    Did she call him a pussy?

3      A.    No.

4      Q.    You guys make it downstairs?

5      A.    Yes.  We were on the ground level next to

6   the yellow bubble track.

7      Q.    Like the platform, that yellow bubbly

8   stuff.  It's called a tactile strip.

9            But you guys had made it down to the

10  platform, correct?

11     A.    Yes.

12     Q.    Any other officers or Metra personnel on

13  the platform after you exit the train?

14     A.    I believe the Hispanic guy was waiting on

15  the platform but further back behind the doors.  So

16  he would have been behind us when we exited the

17  train.

18           Like when he exited the train to go to the

19  exit, he would have been behind us with Babusch.

20     Q.    Oh, okay.

21     A.    So if you're facing the train car and you

22  go on, the exit is on your left; and then the front

23  car would be towards your right.  He was on the

24  right side.

69

1    Q.   Was the Hispanic officer, was he on the

2 right side toward the first car on the platform or

3 inside the train?

4    A.   No.  He was on the platform itself.  He

5 was on the concrete strip you walk on to go down

6 the train aisles.

7    Q.   Closest to the station?

8    A.   No.  He was furthest away from the

9 station.  We would have been closest to the station

10 than him.

11    Q.   But at this point, you and Alex and

12 Babusch are -- are you standing on the platform or

13 are you starting to walk toward the station?

14    A.   We are walking towards the exit.

15    Q.   And is this that side street exit, that

16 stairwell that goes down to the like the tunnel

17 area?

18    A.   Yeah.  The tunnel to the escalators and

19 the stairs and then you down into the street.

20    Q.   I got you.  So you wouldn't actually go

21 back into the station but rather down that

22 escalator?

23    A.   Well, because if you go into the station

24 where the ticket booth, you can't leave.  It's just

70

1    that area.

2        Q.    Right.   Because it's all shut down?

3        A.    So you got two exits on the side.   And if

4    you stand with your backs towards the train, we

5    went to the exit to the right.   That's the one I'm

6    talking about.

7        Q.    Just to make the record clear, I'll

8    represent to you that that's Financial Place.   It's

9    on the east edge of the station.   So it's Van Burn

10   on the north, Financial on the east, Congress on

11   the south, and then this side where Porky

12   Salsa (phonetic) is.   I can't remember what the

13   west side is but, it's just before Wells Street.

14       MR. FITZPATRICK:   Yeah, it's like -- Wells or

15   something like that.

16       MS. ATKINS:   Yeah, Wells is there but -- yeah.

17           Counsel, can we agree that that side that

18   he's talking about is the Financial Place side?

19   It's the eastern edge of the LaSalle Street station

20   house with the escalator that goes down to the

21   ground level.

22       THE WITNESS:   No.   I said if you're facing the

23   ticket booth itself, it'd be the right side.

24       MS. ATKINS:   It'd be the right side, yeah.

ACCURATE REPORTING COMPANY
CHICAGO, ILLINOIS (312) 346-4707

1          Any dispute on that?

2      MR. FITZPATRICK:  You have to ask him.  I don't

3  know.

4      MS. ATKINS:  I'm asking if you can agree on the

5  record that that would be the eastern side of the

6  station house?

7      MR. FITZPATRICK:  I don't know what his

8  testimony is.  That's for him to answer.  I,

9  basically, agree with the way you described the map

10  of that particular block.  I'd have to go over

11  there and look, but I think it is Van Buren on the

12  north.  I think it's Congress on the south where

13  you come in, and there's some kind of little mall

14  or something on the other side where the escalator

15  comes down, the el tracks stop.  We can look at a

16  map.

17      THE WITNESS:  I have no idea.

18      MS. ATKINS:  Whatever.

19  BY MS. ATKINS:

20      Q.   So you guys are walking toward this

21  escalator that you've described, like in that

22  general direction?

23      A.   Yes.

24      Q.   And the Hispanic officer is behind you

72

1    all?

2    A.    Yes.    Babusch and the Hispanic officer are

3    both behind us.

4    Q.    So you and Alex are walking ahead of them,

5    correct?

6    A.    Yes.

7    Q.    And are you holding onto Alex at all at

8    this point?

9    A.    Yeah.    I'm trying to like say, it's fine;

10   we'll just catch the next one in the morning; just

11   relax and we'll leave.    And she was upset that they

12   were kicking us off the train for no apparent

13   reason.

14   Q.    And she was still yelling, correct?

15   A.    Not after I was trying to calm her down.

16   After that pfffft, that's when Officer Babusch

17   stepped in.

18   Q.    If she's testified, if Alex has testified

19   that she continued to yell and swear at the

20   officers, that's not your recollection?

21   A.    Like I said, she puffed at him; and as she

22   was walking down and out, she was saying this is

23   bullshit; I don't know why we're getting kicked

24   off, blah, blah, blah.

                                                        73

1        I can't remember the exact speech but --

2     Q.     But you kept on telling her to calm down?

3     A.     -- of the conversation.

4     Q.     And you kept on telling her to calm down,

5  correct?

6     A.     I told her one time.

7     Q.     Just once?

8     A.     Just before she went pfffft.

9     Q.     If she testified that you had repeatedly

10 told her to calm doesn't, that's not your

11 recollection?

12    A.     I don't believe so.  I said I can't

13 remember exactly --

14    MR. FITZPATRICK:   Objection.

15 BY MS. ATKINS:

16    Q.     So she was saying, this is bullshit; I

17 don't understand why we're being kicked off the

18 train for no reason, and then she pffft'd or like

19 huffed at the officer.

20        What happened next?

21    A.     The next thing I know, Babusch pulled her

22 from the back, shoulder, neck area.  He pulled her

23 backwards and she hit the ground.

24    Q.     When she was pulled backwards, where did

                                              74

1  Officer Babusch make contact with her?

2     A.    From her -- I don't know what it's

3  called -- the collar bone area, and then he threw

4  her down.  He literally ripped her from my hand

5  because I had my arm around her.

6           He had enough force to pull her past my

7  arm and into the ground.

8     Q.    So you and Alex are walking ahead of the

9  two police officers, you have your right arm around

10 her?

11    A.    I believe so, yes.

12    Q.    Did you have it around her waist, her

13 shoulders?

14    A.    Around the middle of her back.

15    Q.    Did you actually have your right hand

16 around her waist or were you touching the lower

17 part of her back?

18    A.    My elbow would be lined up with her spine.

19    Q.    It was while you were walking, could you

20 see the officers behind you?

21    A.    No, I didn't see them.  I was focused on

22 just trying to leave with no incident.

23    Q.    You were just trying to get out of there?

24    A.    Yeah.

75

1     Q.   Alex is saying this is bullshit, I don't

2  understand why we're getting pulled off the train,

3  she huffs or hisses at him, whatever the pfffft --

4  I think that's P-F-F-F-T.

5        The next thing you know she's ripped out

6  of your arm?

7     A.   Yes.

8     Q.   Did you actually see Officer Babusch make

9  physical contact with his hand on Alex's right

10  shoulder?

11     A.   Yes, I did.

12     Q.   Explain to me exactly what you saw.

13     A.   I saw out of the corner of my eye when

14  I was trying to talk to Alex, I could see Babusch

15  after she puffed at him, came up and he just

16  grabbed her and he was able to rip her from my arm.

17        And she went to break her fall.  She

18  landed face first.  She tried to get up, and then

19  that's when Babusch smashed her face in the ground

20  again.

21     Q.   When you said that Alex pfffft'd or huffed

22  or hissed, whatever it was, the noise that she made

23  to him, that you were trying to talk to her when

24  this happened, correct?

76

1        A.     Yes.

2        Q.     What you were saying to her?

3        A.     I was saying, it's going to be fine; we'll

4    just catch the next train out in the morning.  And

5    that's it.

6        Q.     You were trying to settle her down?

7        MR. FITZPATRICK:  Objection.  Mischaracterizes

8    his testimony, form.

9    BY MS. ATKINS:

10        Q.     Were you trying to settle her down?

11        A.     Yes.

12        Q.     So you see the officer grab her from

13    behind, pull her back, correct?

14        A.     Yes.

15        Q.     And you said that she tried to break her

16    fall with her arms?

17        A.     Yeah.  She tried to brace herself because

18    Babusch threw her down to the ground.

19        Q.     If he pulled her from behind and was

20    pulling her backwards, explain to me how she was

21    breaking her fall with her arms in front of her?

22        A.     She went to fall and she put her arms out

23    in front of her.

24        Q.     So she physically spun around?

77

1      A.    Well, when you fall backwards, you're able
2  to put your arm behind you to brace your fall.
3      Q.    So she was falling backwards?
4      A.    Yes, because Babusch was behind us and he
5  literally pulled her backwards.
6      Q.    So you personally observed Alex falling
7  backwards, correct?
8      A.    I personally observed Babusch grab Alex by
9  the shoulder and rip her from my arm and threw her
10 down to the ground.
11     Q.    You're describing for me how she fell down
12 to the ground.
13           Describe it minute detail?
14     MR. FITZPATRICK:  Objection.  Form.
15     THE WITNESS:  I don't know how much minute you
16 want to get.  She was ripped out of my arms and she
17 went to brace her fall.  She reached backwards to
18 brace her fall, and that's when Babusch smashed her
19 face down again when she tried to get up.
20 BY MS. ATKINS:
21     Q.    So you're demonstrating for me as you're
22 testifying.  You're putting your left arm behind
23 your back, correct?
24     A.    Well, I'm not sure which arm she used,

                                                        78

1    but, yeah, she went.  She was pulled and she went

2    to turn and brace her fall and then she went to get

3    up after she was on the ground.

4           Babusch took her and took her by the base

5    of her neck and smashed her face into the concrete.

6        Q.    So when the officer grabbed her from

7    behind and she fell to the ground and she broke her

8    fall by putting her arms behind her --

9        A.    She tried to break her fall.

10       Q.    -- what part the Alex' body made contact

11   with the ground?

12       A.    The side of her face and her shoulder.

13       Q.    And this was when she was pulled from

14   behind?

15       A.    Yes.

16       Q.    And the side of her face and her shoulder

17   struck the ground?

18       A.    Were one of the first things that hit the

19   ground, yes.

20       Q.    But you said that she was putting her arms

21   out to break her fall?

22       A.    Yes.

23       Q.    But her shoulder and her face hit first?

24       A.    The arm that she put out to brace herself

79

1    and the side of her face.

2        Q.    And you keep indicating your left side, is

3    it your recollection that her left side struck the

4    ground?

5        A.    I guess.  I don't remember what side hit

6    the ground first.  I'm just using this as an

7    example.  That's all.

8        Q.    When the officer grabbed Alex from behind,

9    did you say anything?

10       A.    No.

11       Q.    When Alex was falling to the ground

12   backwards, did you say anything?

13       A.    No.

14       Q.    When Alex -- whichever side of her body it

15   was, when her shoulder and face hit the ground, did

16   you say anything?

17       A.    I was like, what the fuck.

18       Q.    Did anyone say anything to you?

19       A.    Not to me, no.

20       Q.    Did Alex say anything to you?

21       A.    No.  She was -- screamed.  That was it.

22       Q.    Did anyone -- strike that.

23            Did any of the two officers say anything

24   to Alex as she was falling to the ground?

80

1      A.    Yes.

2      Q.    Who said what and what did they say?

3      A.    Babusch; and he said, I told you to be

4  quiet.

5      Q.    And he said this to Alex after she struck

6  the ground?

7      A.    After she was on the ground and after he

8  pushed her face back into the ground, she tried to

9  get up.

10      Q.    So Alex has fallen to the ground, her

11  shoulder and the side of her face hit the platform,

12  correct?

13      A.    Hit the concrete, yes.

14      Q.    And she then attempted to get up?

15      A.    She tried to get up, yeah.  She tried to

16  pick up herself back up and Babusch grabbed her by

17  the back of the neck and pushed her face down into

18  the ground again.

19      Q.    And was she saying anything to him while

20  he was pushing her face into the ground?

21      A.    Yeah, she screamed.

22      Q.    What did she say?

23      A.    She screamed.

24      Q.    She screamed?

81

1      A.    Yes.

2      Q.    Did he say anything to her?

3      A.    Yeah.  I told you to be quiet.

4      Q.    Did he say anything else to her at that

5    time?

6      A.    At that time particular time, no.

7      Q.    Did the other officer present say

8    anything?

9      A.    He didn't say anything at all.

10     Q.    Did you say anything further?

11     A.    Not at that time, no.

12     Q.    After Alex was taken down to the ground,

13   did the officer secure her wrists or her legs?

14     A.    After he smashed her face into the ground

15   the second time, he put his knee in the middle of

16   her neck like underneath the base of her neck, and

17   grabbed her arms and I believe she was cuffed.

18     Q.    Was Alex screaming?

19     A.    Yes.

20     Q.    Was she swearing?

21     A.    No, she was screaming.

22     Q.    Was she spitting?

23     A.    No.

24     Q.    Was she trying to wrestle her wrists away?

82

1     A.    No.

2     Q.    Was she kicking?

3     A.    She was trying to -- you know, what the

4  hell is going on?  That was it and she was

5  flying (phonetic) around.

6     Q.    So she was flailing around?

7     A.    Yeah, she didn't know what was happening.

8  All she knew at that time was that she just got

9  fucked up.

10     Q.    How do you know that she knew at that

11  time --

12     A.    Well, wouldn't you if you got smashed into

13  the ground?

14     Q.    I just need to know what you know.

15     A.    Yeah.

16     Q.    So she's flailing around on the ground

17  screaming?

18     MR. FITZPATRICK:  Objection.  Mischaracterizes.

19  BY MS. ATKINS:

20     Q.    Didn't you just testify she was flailing?

21     MR. FITZPATRICK:  I thought he said she was

22  flying.

23  BY MS. ATKINS:

24     Q.    Did you say flailing?

                                                      83

1    A.    Yes, she was.

2    Q.    So she's on the ground flailing and

3  screaming, what are you doing?

4    A.    I stood there and I looked at him and

5  I seen Babusch put his knee in the middle of her

6  neck, cuff her, and then that's when his partner,

7  the Hispanic guy, came in and he kind of held me

8  back and that was it.

9          The Hispanic officer told me not to worry

10  about it.

11    Q.    So you've got the larger white male, blond

12  officer is now on Alex' back?

13    A.    He was on top of Alex, cuffing her, and

14  his partner, whoever was with him.

15    Q.    The Hispanic guy?

16    A.    No, there was three of them.  And then the

17  Mexican guy was next to me and he was telling me

18  not to worry about it; and I was saying, dude.

19    Q.    So you say there were three of them, three

20  officers?

21    A.    There were three officers.

22    Q.    Where did the third officer come from?

23    A.    I have no idea.

24    Q.    I've only heard about the blond guy and

84

1    the Hispanic guy.

2         A.    I don't know who the other officer was.

3         Q.    When did you first see this other officer?

4         A.    When Alex hit the ground.

5         Q.    Did this other officer touch Alex?

6         A.    Just to help Babusch cuff her.

7         Q.    Can you give me a physical description for

8    the third officer?

9         A.    I couldn't.  I don't remember what he

10   looked like.

11        Q.    Is it a male, white?

12        A.    I believe it was male, but that's all

13   I could really say.

14        Q.    Can't give me color of his hair?

15        A.    No.

16        Q.    Was he in uniform?

17        A.    Yes, they were all in uniform.

18        Q.    So there were three of them, the blond guy

19   that took her down --

20        A.    The Hispanic.

21        Q.    The Hispanic guy and now the third guy --

22        A.    And then the guy that helped Babusch up --

23   all the third guy did was help Babusch cuff her and

24   that was it.

85

1      Q.     You didn't have any conversation with the
2    third officer?
3      A.     The third officer came in after Babusch
4    shoved his knee into the back of her neck.
5      Q.     But you say that the only thing this third
6    officer did was help handcuff her, correct?
7      A.     Correct.
8      Q.     But again you can't give me a physical
9    description?
10     A.     No.
11     Q.     So the Hispanic or Mexican cop is telling
12   you that everything is going to be okay?
13     A.     He said, don't worry about it.
14     Q.     Had you said anything to him before he
15   said don't worry about it?
16     A.     No.
17     Q.     After Alex was handcuffed, what was she
18   doing?
19     A.     She was screaming and trying to see what
20   was going on around her.
21     Q.     Were you saying anything to her?
22     A.     To Alex, no.
23     Q.     Were you saying anything to any of the
24   officers?

86

1      A.    I told the Hispanic officer, what the

2   fuck.

3      Q.    Is that when he said don't worry about it?

4      A.    That was after he said don't worry about

5   it.

6      Q.    Did you have any other conversation with

7   any other officer on the scene?

8      A.    Yes, I did.

9      Q.    Tell me about that.

10      A.    When Babusch went to pick Alex up after

11   she was cuffed, he threw her up by her elbow, and

12   she went to roll over and that's when he smashed

13   her into the face a third time -- or her face into

14   the concrete a third time.

15          And then I pointed to the officer because

16   when Alex was picked up, I was able to -- she was

17   facing like we are now, and I seen blood just

18   pouring out of her nose, pouring out of her mouth

19   and there was blood on the sidewalk.

20          And I told the officers, look at the

21   fucking blood; how the hell are you going to

22   fucking stand there and let that shit happen?  And

23   that's all he would say is -- he hold me back by my

24   chest and told me not to worry about it.

87

1       Q.      That was the Hispanic officer?

2       A.      That was the Hispanic officer.

3       Q.      When Alex went down to the ground the

4    first time when she hit her shoulder and the side

5    of her face, did you see any physical injury,

6    obvious physical injury, to her face at that time?

7       A.      Yes.  Scrapes and marks on the side of her

8    face and her collar bone area.

9       Q.      And then you say the blond officer took

10   her down for the second time?

11      A.      The second time is when -- right after the

12   first time.

13      Q.      Did you see any additional obvious

14   physical injury to her at that point?

15      A.      Yes.

16      Q.      Describe that for me.

17      A.      After the second time he smashed her face

18   in the concrete, I seen her lip was ripped open,

19   her mouth was covered in blood, and blood out of

20   her nose.  She was screaming.  She's crying.

21      Q.      It's a lot of blood?

22      A.      Yes.

23      Q.      You said her lip was ripped open?

24      A.      She had marks on her lip.  It wasn't

88

1    ripped in half, but it was cut open.

2        Q.    How about the third time her face was

3    smashed into the ground?

4        A.    He turned her away from me and put her

5    face into the ground and then he kept her there.

6        Q.    I thought you said that that's when she

7    was now lifted up and you and she were --

8        A.    -- that was after the second time --

9        THE COURT REPORTER:  Wait, wait, wait.

10   BY MS. ATKINS:

11       Q.    I thought that you had said that it was

12   after the third time that you and she were now

13   facing one another --

14       A.    No.

15       MR. FITZPATRICK:  Objection.  Form.  Is that a

16   question?

17       MS. ATKINS:  Yes, it's part of the question

18   that was interrupted.

19       MR. FITZPATRICK:  Can you repeat back the

20   question, please.

21                          (WHEREUPON, the record was

22                           read as requested.)

23       MR. FITZPATRICK:  I object to the form of the

24   question.

                                                    89

1     THE WITNESS:  No.  The first time is when she

2    was ripped out of my arms; the second time is when

3    he smashed her face back in, and then he held her

4    there and cuffed her; and then he picked her up

5    after he cuffed her by her elbow and that's when I

6    seen her face.

7          And then that's when I told the Hispanic

8    officer, what the fuck; look at the fucking blood;

9    how you going to let this happen?  And then as he

10   picked her up -- when I seen her as he was picking

11   her up from the second fall, the second smash, he

12   smashed her again a third time but further away

13   from me.

14          So he turned her body so her feet would be

15   by me and her head would be furthest way from me

16   and he smashed her head again.

17   BY MS. ATKINS:

18   Q.    So it's your testimony that after this

19   officer smashed Alex' face into the ground when she

20   was handcuffed, that he then attempted to lift her

21   from the ground by her elbow, correct?

22   A.    Correct.

23   Q.    And he just suddenly smashed her face back

24   down into the ground?

90

1    A.    Yeah.

2    MR. FITZPATRICK:  Objection.  Form,

3 mischaracterizes his testimony.

4 BY MS. ATKINS:

5    Q.    The answer is yes?

6    A.    Yes.

7    Q.    It's not a mischaracterization of your

8 testimony, correct?  That's what you're testifying

9 to?

10    A.    He smashed her face into the ground when

11 he picked her up, yes.

12    Q.    I believe you, specifically, stated that

13 after he attempted lifting her up by her elbow

14 prior to smashing her down on the ground for the

15 third time, he actually turned her away from you so

16 she was further away from you and then down onto

17 the ground?

18    A.    Yes.  When he picked her up, it was

19 Babusch holding Alex, and it was me and the

20 Hispanic guy.  So to me, my back would be against

21 the train, like facing the train.

22    So I saw her face just like me and you are

23 looking, and then he turned her away from me and

24 smashed her for a third time.

91

1       Q.    So did -- the blond officer and Alex are

2    in front of you, correct?

3       A.    Correct.

4       Q.    And Hispanic officer, I believe, you

5    indicated was toward your left, correct?

6       A.    Yes, he was standing to the side of me.

7       Q.    Had you seen the third officer yet?

8       A.    Not since he cuffed Alex.  I was more

9    focused on Babusch and Alex at that time.

10      MR. FITZPATRICK:  When you say blond officer,

11   are you using the blond officer and Babusch

12   interchangeably?

13      MS. ATKINS:  Yeah.  That's who he's talking

14   about is the officer who threw her down to the

15   ground, handcuffed her, correct?

16      THE WITNESS:  It was Babusch.

17   BY MS. ATKINS:

18      Q.    After she's on the ground for the third

19   time, what's the next thing that happened?

20      A.    She was screaming and yelling help.

21   Screaming, screaming, and Babusch was on his radio

22   and he wouldn't let her move.  He had his knee in

23   the back of her neck.  He had his arm down on her

24   forearm of her elbow.

92

1          She kept trying to roll over and he just

2    kept yanking her back and just wouldn't let her do

3    anything.

4          Q.    So even after the third time down, she's

5    still trying to roll over, correct?

6          A.    Yes.

7          Q.    And she's handcuffed, correct?

8          A.    She's handcuffed and just got the shit

9    kicked out of her so she's trying to realize what

10   happened.

11         Q.    Did he strike her in the face with his

12   fist?

13         A.    He took his hand and smashed her in the

14   concrete.

15         Q.    That's not my question.

16               Did he punch her in the face?

17         A.    He never punched her in the face, no.

18         Q.    When she was still trying to roll over

19   after the third time being taken down, was she

20   still screaming?

21         A.    She was yelling for help and she was

22   screaming, yes.

23         Q.    Were you saying anything to her at this

24   point?

                                                        93

1       A.      To Alex, no.

2       Q.      Were you still saying to the other

3   officers, look at the blood; how can you let this

4   happen?

5       A.      Yes.

6       Q.      Were you present when -- strike that.

7               Did you hear any officer call for an

8   ambulance?

9       A.      I don't know what they were radioing over

10  on the walkie-talkies.

11      Q.      Were you present when the ambulance

12  appeared?

13      A.      Yes.

14      Q.      Were you present when the paramedics came

15  to Alex' side?

16      A.      Yes, I was.

17      Q.      Were you present when the paramedics

18  attempted to place Alex onto a gurney or a chair to

19  transport her?

20      A.      Yes, I was.

21      Q.      Were you present when Alex was spitting at

22  the paramedics?

23      A.      She never spit at the paramedics.

24      Q.      Were you present when she was yelling at

94

1    the paramedics?

2       A.    She was never yelling.   She was screaming

3    and yelling for help.

4       Q.    Were you present when Alex was swearing at

5    the paramedics?

6       A.    Like I said before, she wasn't saying

7    anything to the paramedics.   She was yelling for

8    help and screaming.

9       Q.    While maybe not directed at the

10   paramedics, Alex was continuing to scream and yell,

11   correct?

12      A.    She screamed and yelled for help, yes.

13      Q.    Even after the paramedics arrived,

14   correct?

15      A.    Yes.

16      Q.    Did you accompany Alex in the ambulance?

17      A.    I was not allowed to.

18      Q.    Did you see Alex get loaded into the

19   ambulance?

20      A.    Yes, I was.

21      Q.    Who prevented you from riding in the

22   ambulance?

23      A.    A black female Metra officer.   She said

24   she was a sergeant.   I don't know.   I can't

95

1    remember her name.  She was about my height.  She

2    had dark, short hair.  She told me I wasn't allowed

3    to go there and she allowed Babusch to go in the

4    ambulance.

5              And that's when I said, I don't want her

6    in there with that guy.  And she said to meet her

7    at the hospital.

8       Q.    You're saying that the black female

9    sergeant allowed Babusch into the ambulance with

10   Alex?

11      A.    Yes.

12      Q.    You saw Alex get loaded into the

13   ambulance?

14      A.    Yes, I did.

15      Q.    Did you see Alex placed in restraints

16   before getting into the ambulance?

17      A.    I seen her get placed into a stretcher.

18      Q.    Did you see Alex fight her way out of the

19   stretcher?

20      A.    No.  I don't think she ever fought her way

21   out of the stretcher.

22      Q.    So if the paramedics' report says that she

23   fought her way out the stretcher, that would be

24   inaccurate?

96

1          MR. FITZPATRICK:  Objection.  Form --

2          THE WITNESS:  Like I said, I have no idea.

3     BY MS. ATKINS:

4          Q.    Did you see Alex placed into a chair?

5          A.    I believe they placed her into a chair

6     when they were taking her out of the station or

7     walking down the stairs.

8          Q.    Did you ask where the ambulance was taking

9     Alex?

10         A.    Yes.

11         Q.    What were you told?

12         A.    I believe it was North something hospital.

13         Q.    Northwestern?

14         A.    Yeah, somewhere in the City.

15         Q.    Did you then go to Northwestern to meet up

16    with Alex?

17         A.    Yes, I did.

18         Q.    How did you get to Northwestern?

19         A.    Took a taxi.

20         Q.    Were you by yourself?

21         A.    Yes.

22         Q.    Did you call anyone from when Alex was

23    first taken down and handcuffed to when you arrived

24    at Northwestern Hospital, did you call anyone?

97

1       A.      Yes, I did.

2       Q.      Who did you call?

3       A.      I told my parents they needed to come down

4    here right away.

5       Q.      Did you call your parents' landline or

6    cell number?

7       A.      Cell phone.

8       Q.      What's the cell number?

9       A.      I don't know off the top of my head.  It

10   was my dad's old phone number.

11      Q.      You called from your cell phone?

12      A.      Yes.

13      Q.      Who was your cell phone provider in May of

14   2012?

15      A.      I believe it was AT&T.

16      Q.      Do you still have that phone?

17      A.      Yes, but I'm not sure if it's the same

18   number.

19      Q.      What's your current number?

20      A.      (815) 715-8681.

21      Q.      You said you called your father's number?

22      A.      Yes.

23      Q.      What's your father's name?

24      A.      Ron.

98

```
1        Q.    Ronald?

2        A.    Yeah.

3        Q.    Any middle initial?

4        A.    G.

5        Q.    Same last name?

6        A.    Yes.

7        Q.    So you called your parents on your

8   father's cell and told them that they need to come

9   downtown?

10       A.    Yes.  I told them they needed to come down

11  here right away; I'm at the hospital.

12       Q.    And did they tell you they would come

13  down?

14       A.    Yes, they came.

15       Q.    When you arrived at Northwestern Hospital,

16  were you able to see Alex?

17       A.    No, I was not.  They said that she was

18  with the Metra police, the Chicago police, and

19  doctors.  And they told me that they would come and

20  get me when I was able to see her.

21       Q.    Did they, in fact, come and get you so you

22  could see her?

23       A.    Yes, they eventually came and got me.

24       Q.    How long do you think you were waiting
```

99

1    before you were able to see her?

2        A.    It felt like forever.  I don't know.  A

3    good two hours.

4        Q.    Had your parents arrived during that time?

5        A.    No.

6        Q.    When did your parents arrive?

7        A.    Right around the time she woke up.

8        Q.    Where were you taken to first see Alex at

9    Northwestern?

10        A.    Into her hospital room.  Well, I walked to

11    the front doors and they told me this is where

12    she's at and you can't go and see her right now

13    until it's cleared.

14        Q.    When you first arrived at Northwestern,

15    did you go to the emergency department?

16        A.    I believe those were the doors that

17    I walked through, yes.

18        Q.    So it's fair to say you did not see her

19    when she was in the emergency department?

20        A.    No, I did not.

21        Q.    You first saw her when she was in a room?

22        A.    Yes, when she was in her room.  They

23    wouldn't let me see her.

24        Q.    Was that a private room?

100

1      A.     Yeah, she was in a private room.

2      Q.     When you first saw Alex in the private

3    room, I think, you said it was probably a couple

4    hours after you arrived?

5      A.     At least two hours, yes.

6      Q.     When you first saw Alex in the private

7    room, tell me what you saw.

8      A.     She was laying in the bed hooked up to IVs

9    and monitors and she was unconscious.

10     Q.     Did you have any conversation with any

11   medical personnel about her condition?

12     A.     No, no one would talk to me.  They said

13   that they were waiting for her to wake up to

14   evaluate her to see if she was okay to leave.

15     Q.     Did any of the medical personnel ask you

16   if you were her husband?

17     A.     Boyfriend.

18     Q.     Did they ask you, specifically, if you

19   were her boyfriend?

20     A.     Yes, because she was yelling for her

21   boyfriend in the hospital.

22     Q.     She was screaming, I need my boyfriend?

23     A.     Yes.

24     Q.     When you saw Alex --

101

1     A.    I believe she called me her fiancee

2 actually.

3     Q.    Were you the two, in fact, engaged?

4     A.    No.

5     Q.    When you first saw Alex and she was in

6 this private room, you said she was unconscious,

7 correct?

8     A.    Yes, she was sleeping.

9     Q.    She was hooked up to an IV, correct?

10    A.    I believe so.  She was hooked up to a

11 bunch of different things.  There was monitors and

12 they had the stickers on her.

13    Q.    Did you see that she was in four-point

14 restraints?

15    MR. FITZPATRICK:  Objection --

16    THE WITNESS:  No, she was not in four-point

17 restraints.  She was able to move her arms.

18 BY MS. ATKINS:

19    Q.    Were you with Alex the whole time she was

20 at Northwestern Hospital?

21    A.    I sure was.

22    Q.    During that time, was she ever in

23 four-point restraints?

24    A.    Never.

102

1     Q.   So if she testified that she was in

2  four-point restraints for 18 hours, she would be

3  incorrect?

4     A.   Unless it was before I was there, yes,

5  I guess.

6     Q.   How long was she there?

7     A.   She was there a long time.  We didn't

8  leave until 11:00, 12:00 o'clock the next day.

9     Q.   She was there about 18 hours?

10    A.   Well, from the time --

11    MR. FITZPATRICK:  Objection.  Leading, form.

12    THE WITNESS:  From the time, she got taken away

13  from like -- I don't know what time she got taken

14  away.  1:00 in the morning or whatever until

15  12:00 in the afternoon noon that day is when she

16  got...

17  BY MS. ATKINS:

18    Q.   But you're testifying she was never in

19  four-point restraints?

20    MR. FITZPATRICK:  Objection.

21    THE WITNESS:  Yeah.

22  BY MS. ATKINS:

23    Q.   And you were with her the entire time?

24    A.   The whole time she was in the hospital

ACCURATE REPORTING COMPANY
CHICAGO, ILLINOIS (312) 346-4707

1   because I was able to hold her hand and everything.

2   I took pictures of her.

3       Q.   Were you present when Alex was told what

4   her blood alcohol level was?

5       A.   No, I was not.

6       Q.   Were you ever told what her blood alcohol

7   level was?

8       A.   No, I was not.

9       Q.   You and she never discussed it?

10      A.   She got the medical report, but me and her

11  really couldn't read them.

12      Q.   Were you ever told that her blood alcohol

13  level was a .277?

14      A.   I was never told anything.

15      Q.   You testified earlier that you're familiar

16  with .08, correct?

17      MR. FITZPATRICK:  Objection.  Form,

18  mischaracterizes testimony.

19      THE WITNESS:  Breathalyzer, yes.

20  BY MS. ATKINS:

21      Q.   And I believe you testified that even one

22  drink with Alex' weight could send her over the

23  legal limit?

24      A.   To drive, yes.

104

1      Q.    But you can't tell how many alcoholic

2    drinks she consumed on May 8th between 2:30 in the

3    afternoon and 12:30 in the morning on May 9th?

4          MR. FITZPATRICK:   Objection.   Asked and

5    answered.

6          THE WITNESS:   I have no idea.

7    BY MS. ATKINS:

8      Q.    Between 2:30 in the afternoon on May 8th

9    and 12:30 a.m. on May 9th, did Alex consume any

10   opiates?

11     A.    No.

12     Q.    Did she ever tell you she tested positive

13   for opiates?

14     A.    No.

15     Q.    You know Alex to take drugs of any kind?

16     A.    Not at all.

17     Q.    I understand in the summer of 2012 that

18   Alex was arrested for a domestic disturbances; are

19   you familiar with that?

20     A.    I believe so.

21     Q.    In fact, you were the victim of that

22   domestic disturbance?

23     A.    Yes.

24     Q.    Did she cause you any physical harm?

105

1      MR. FITZPATRICK:  Object to any questioning

2  relating to any of these matters that would be

3  inadmissible, irrelevant, and excluded under the

4  rules, including Rule 403 and 404.

5      THE WITNESS:  I was never hurt in any of the

6  incidents.

7  BY MS. ATKINS:

8      Q.   The incident for which Alex is suing now

9  occurred very early he morning of May 9th 2012.

10          You testified that you were with her until

11  she was released from Northwestern Hospital,

12  correct?

13      A.   Yes, I was.

14      Q.   Best of your recollection, that was

15  somewhere around 12:00 noon on the 9th?

16      A.   Yes.

17      Q.   You said that you took photographs of her,

18  correct?

19      A.   Yes.

20      Q.   Describe for me Alex' physical injuries

21  that you personally observed at Northwestern.

22      A.   Bruises on her neck, shoulder, missing two

23  teeth.  Marks all up and down her arms, huge

24  bruises and marks on her legs.  I believe there was

                                                    106

1   a black eye.  There were cuts on the side of her

2   face.

3          Just all -- she had a huge bruise on her

4   side I believe or maybe it was her shoulder.  She

5   was pretty bad.

6      Q.    Two missing front teeth?

7      A.    One was gone and the other one was

8   chipped.  It was pretty much gone.  It was less

9   than half the tooth left.

10     Q.    When you indicated one was gone, you

11  gestured towards your two front teeth.

12         Was it one of her large front teeth that

13  was gone?

14     A.    It was her large front tooth and then the

15  tooth next to it.

16     Q.    So the large front tooth was gone?

17     A.    Yeah, there was that much left of it.

18     Q.    Like a millimeter, a nub?

19     A.    Pretty much.  It came to a sharp point.

20     Q.    The one tooth next to the large tooth that

21  was missing, you said that was mostly gone, too?

22     A.    Yeah.  It was cut clean in half.

23     Q.    You and Alex continued to date until

24  October of 2013, approximately?

107

1      A.     Yes.

2      Q.     I think you said Alex moved in with you --

3  what month of 2012?

4      A.     It was in 2013.  I don't remember.

5      Q.     After Alex was released from Northwestern,

6  did she seek any additional medical care and

7  treatment for her injuries?

8      A.     Yeah, she went to get her teeth fixed.

9      Q.     When did she do that?

10     A.     It took her awhile to save the money, but

11 she got her x-rays done and all that stuff and then

12 she had to pay for it all.

13     Q.     When did she get her x-rays done?

14     A.     I'm not sure.  I can't remember.  It

15 wasn't too long after the whole incident because --

16 she was embarrassed because of her missing teeth.

17           So she wanted to get it done as fast as

18 she could.  So she got them done.  I know what she

19 needed.  She needed a root canal.  I don't know

20 what they call it, porcelain teeth or something.

21     Q.     Like a veneer or something?

22     A.     Sure.  It took her awhile to save up the

23 money and she finally got it all done.

24     Q.     When do you think she got it done?

                                              108

```
 1      A.    I'm not sure.  A few months after.

 2      Q.    Maybe November?

 3      A.    More like January or February maybe.

 4      Q.    Of 2013?

 5      A.    This happened in 2012?

 6      Q.    Yeah.

 7      A.    So, yeah, 2013.

 8      Q.    So she went around with a missing tooth

 9  and a tooth cut in half for --

10      A.    A long time.

11      Q.    For over seven months?

12      A.    Yes.

13      Q.    Your parents arrived at the hospital?

14      A.    Yes.

15      Q.    What, if anything, did they do while at

16  the hospital?

17      A.    They asked me if everything was fine; if

18  I was okay; if she was okay.  And I told my dad

19  that she was clear to leave so we left.

20      Q.    So your parents got there before she was

21  discharged?

22      A.    Right when she got discharged, maybe a few

23  minutes before.

24      Q.    So you called them -- correct me if I'm
```

109

1   wrong -- I think you testified that you called your

2   parents on the way to Northwestern while you were

3   in the cab, correct?

4      A.   Yes.

5      Q.   Maybe around 1:30 in the morning?

6      A.   I'm guessing, yeah.

7      Q.   The train had not taken off yet when all

8   this happened, right?

9      A.   The train was gone.  After everything was

10   over, it was already gone.  The train left when she

11   was getting taken down the steps of the train dock.

12      Q.   Oh, after -- by the ambulance personnel?

13      A.   The train was pulling away when they were

14   carrying her down the stairs to go onto the street.

15      Q.   The ambulance personnel?

16      A.   It was -- I believe -- no.  Actually, I

17   believe it was Metra police and medics were taking

18   her.

19      Q.   Both?

20      A.   Well, they were all in a big circle around

21   her.

22      Q.   I was just trying to make it clear for the

23   record that it wasn't coming down the stairs inside

24   the train when the train was leaving?

110

1      A.    No.   The train pulled out when she was

2  getting taken away.

3      Q.    But your parents did not come to the

4  hospital until just before noon when she was

5  discharged; is that your recollection?

6      A.    Yeah.   Like I said, I don't remember when

7  she was discharged but yeah.

8      Q.    You and Ms. Rikas stopped seeing each or

9  stopped dating in October 2013?

10     A.    Yes.

11     Q.    October 19th of 2013, you were arrested

12  for domestic battery?

13     A.    Yes.

14     Q.    And Ms. Rikas was the victim?

15     A.    Yes.

16     Q.    Prior to October 19th, 2013, had you and

17  Ms. Rikas engaged in any physical altercation with

18  one another?

19     A.    No, we have not.   I don't wish to talk

20  about that case you're talking against me --

21     THE COURT REPORTER:   I'm sorry.   What was that?

22     THE WITNESS:   What did you ask me again?

23  BY MS. ATKINS:

24     Q.    I asked you prior to October 19th, 2013,

111

1    you and Ms. Rikas, if you'd been engaged in a

2    physical altercation?

3         A.   I said, no, I have not.  And do not wish

4    to talk about the charges against me.

5         Q.   You testified earlier that in the summer

6    of 2012 Ms. Rikas was arrested for a domestic

7    incident in which you were the victim, correct?

8         A.   Yes.

9         Q.   That would have been a physical

10   altercation, correct?

11        A.   No.   Nobody was hurt.

12        Q.   That's not my question.

13             Did you and she hit one another?

14        A.   No, we did not.

15        Q.   Did she hit you?

16        A.   No.

17        Q.   Did she strike you with any object?

18        A.   No.

19        Q.   Did you strike her with any object?

20        A.   No.

21        Q.   If she was arrested for a domestic

22   disturbance and you were the victim, what was the

23   basis for the charge?

24        A.   I didn't want to press charges but because

                                                      112

1    one of the neighbors called the police, that's why

2    they took her away.

3        Q.    Are you telling me that there was no

4    physical altercation between you and Ms. Rikas in

5    the summer of 2012?

6        A.    Yes.

7        MR. FITZPATRICK:    Objection.    Form.

8    BY MS. ATKINS:

9        Q.    And the October 19th, 2013 incident, what

10   physical injuries did she sustain?

11       A.    She didn't sustain anything to my

12   knowledge.

13       Q.    If she testified that she sustained

14   bruises, you're not aware of that?

15       A.    I do not wish to talk about that, no.

16       Q.    That's not responsive.

17       A.    I do not wish to talk about it.

18       Q.    Are you refusing to answer my question?

19       A.    Because it's a pending case against me, so

20   yes.

21       Q.    It is pending?

22       A.    I still have to go to court for it, yes.

23       Q.    Which court is it in?

24       A.    Will county.    I have to go for status

                                                      113

1    updates.

2         Q.    And what are status updates?

3         A.    On my community service and court fines.

4         Q.    Did you enter a plea in that case?

5         A.    Like I said, I don't wish to talk about

6    this case.

7         Q.    Did you enter a plea in that case?

8         A.    I do not wish to talk about the case

9    against me.

10        Q.    If you entered a plea, it's not pending

11   against you.

12        A.    I do not wish to talk about a case that

13   I'm involved in.

14        Q.    I will probably get a court order

15   compelling you to come back and answer the

16   questions.

17             Did you strike Ms. Rikas so hard in the

18   face that her ear drum ruptured?

19        A.    No, I did not.

20        Q.    She didn't suffer a ruptured ear drum?

21        A.    Not to my knowledge, no.

22        Q.    Did she suffer any broken or chipped teeth

23   as a result of that accident?

24        A.    No way.

114

1      Q.    Have you ever known Ms. Rikas to be

2    injured, physically injured, other than this

3    May 9th, 2012, incident?

4      A.    No.

5      Q.    Have you ever known her to be in a car

6    accident?

7      A.    No.

8      Q.    Did she tell you about how she struck a

9    bunch of parked cars?

10     A.    Yes, I know about that.

11     Q.    Was she physically injured that incident?

12     A.    No.

13     Q.    Was she intoxicated?

14     A.    I have no idea.  I don't believe so.

15     Q.    In total, you and Ms. Rikas dated

16   approximately four years?

17     A.    Yeah.

18     Q.    My math's about right?

19     A.    2009, '10 to '13, yeah.

20     Q.    During that time, did you know Ms. Rikas

21   to drink every day?

22     A.    No.

23     Q.    In May of 2012, was Ms. Rikas suffering

24   any emotional issues that you're aware of?

115

1    A.    Like emotional how?

2    Q.    Was she under any sort of emotional

3    distress?

4    A.    No.

5    MR. FITZPATRICK:  Objection.  Form, calls for

6    professional or medical opinion.

7    THE WITNESS:  No.

8    BY MS. ATKINS:

9    Q.    Did she ever express to you in May of 2012

10    before this incident that she was under any sort of

11    stress?

12    A.    No.

13    Q.    Did she ever tell you that she was taking

14    any prescription medication?

15    A.    She wasn't taking any prescriptions.

16    Q.    And you testified earlier that she wasn't

17    taking any illicit drugs, any narcotics?

18    MR. FITZPATRICK:  Objection.  Asked and

19    answered.

20    THE WITNESS:  No.

21    BY MS. ATKINS:

22    Q.    And again she wasn't taking any street

23    drugs?

24    A.    No.

116

1      MR. FITZPATRICK:  Objection.  Form, asked and

2   answered.

3   BY MS. ATKINS:

4      Q.   Other than the physical injuries suffered

5   from this early May of 2012 incident, did Ms. Rikas

6   tell you that she suffered any other injuries?

7      A.   After this incident?

8      Q.   Or from this incident.

9      A.   Like physical injuries, no.

10     Q.   Any other injuries?

11     A.   She was always worried around officers

12   after that.

13     Q.   How often were you and she involved with

14   officers after that?

15     A.   Never.

16     MR. FITZPATRICK:  Object to the form of that

17   question.

18   BY MS. ATKINS:

19     Q.   So what do you base your statement that

20   she was worried about officers?

21     A.   Like if we see them at Walmart or on the

22   street or if they pull up next to us or something,

23   she'd get nervous.

24     Q.   Tell me exactly what she told you?

117

1      A.    About what?

2      Q.    Being nervous.

3      MR. FITZPATRICK:  Objection.  Form, foundation.

4      THE WITNESS:  I could just see physically she'd

5   tense up.  She'd get worried.  You could tell it

6   kind of screwed her up.

7   BY MS. ATKINS:

8      Q.    How long did that last?

9      MR. FITZPATRICK:  Objection.  Form.

10      THE WITNESS:  Few months.

11   BY MS. ATKINS:

12      Q.    Have you and she had any specific

13   conversations about her being nervous or worried

14   because of this incident?

15      A.    Yes.  She told me she didn't like officers

16   anymore, that she used to respect them but she

17   doesn't do it anymore.  She used to -- as respect,

18   I mean she would look up to them, but now she

19   doesn't look up to them anymore.

20      Q.    Anything else that you and she discussed

21   that we haven't covered today?

22      A.    No.

23      Q.    Did you loan Ms. Rikas any money to cover

24   her medical bills?

                                                        118

1    A.   I believe I helped her pay for some stuff,

2   but I didn't ask her to pay me back.  It doesn't

3   matter to me.

4    Q.   Well, you guys were in a relationship --

5    A.   I'm pretty sure I helped her with some

6   stuff, yes.

7    Q.   Do you know of any outstanding bills she

8   may have for medical care and treatment?

9    A.   Her hospital bills cost a ton of money.

10   Q.   Has she paid those to your knowledge?

11   A.   No.

12   Q.   She has not paid them?

13   A.   She can't pay them.  She has no money to

14  pay them.

15   Q.   Does she have health insurance?

16   A.   I don't believe so.

17   Q.   Who does Ms. Rikas work for?

18   A.   She works at the Subway inside of the

19  Walmart on Jefferson in Joliet.

20   Q.   In May of 2012, was she employed?

21   A.   Uh-hum.

22   Q.   And where did she work?

23   A.   The same place.

24   Q.   The Subway --

119

1      A.    Inside Walmart.

2      Q.    She wasn't working at the Tilted Kilt

3  then?

4      A.    She was over there, too.

5      Q.    Did she only have those two jobs?

6      A.    She waitressed there for a little bit.

7  She also did waitressing job at another bar.

8  I can't remember the name.  It was in New Lenox.

9  The Ball Park.  I don't know.  It's shut down.

10     Q.    When you arrived -- or excuse me -- when

11  you were ready to testify during the criminal trial

12  for the criminal case here, did you see any of the

13  police officers that were present on May 9th at the

14  court house?

15     A.    Yes.

16     Q.    Who did you see?

17     A.    The heavy-set Hispanic gentleman and

18  Officer Babusch.

19     Q.    We have the heavy-set Hispanic officer; we

20  have got Officer Babusch, the white blond guy,

21  correct?

22     MR. FITZPATRICK:  Objection.  That's not what

23  he said.

24

                                                    120

1   BY MS. ATKINS:

2       Q.    Did you describe him as a white blond guy?

3       A.    I said Officer Babusch.

4       Q.    And how did you describe Officer Babusch

5   in the past?

6       A.    Tall, blond, stocky, I guess.

7       Q.    I'm sorry.  You did say stocky.  I

8   apologize.

9       A.    I thought you were talking about just now.

10      Q.    I think I said heavy.

11      A.    I thought we were talking about before

12  what I said just now.

13      Q.    I'm just trying to line them up because

14  there were three of them ultimately, correct, three

15  police officers?

16      A.    Well, eventually there were a lot more

17  than three, but the two main one was

18  Officer Babusch and the heavy-set Hispanic.

19      Q.    You didn't see the third officer, the one

20  that assisted in handcuffing --

21      A.    All I seen was Babusch and the Mexican

22  guy.

23      Q.    -- at the criminal trial?

24      A.    Yes.

121

1     Q.    The black female sergeant, you didn't see

2   her at the criminal trial?

3     A.    I don't believe so.

4     Q.    Do you know what happened with the charges

5   against Alex?

6     A.    It was a not guilty charge.

7     Q.    I know you just moved because you told me

8   at the beginning that you just moved, do you have

9   any plans on moving from your current residence in

10  the next year?

11    A.    Hopefully, yes; but I have no idea when

12  it's going to happen.

13    Q.    Will you stay in the same general area or

14  are you planning moving, moving?

15    A.    Well, I plan either to come back towards

16  back my school or towards my employment.  So

17  Romeoville, Bolingbrook, Naperville, in that area,

18  Tinley Park.

19    Q.    If you do in fact move in the next year,

20  could you please make sure that Alex knows just in

21  case we need you for a trial here.

22    A.    Sure.

23    Q.    You said the last time you spoke to Alex

24  was couple weeks ago, correct?

                                                    122

1      A.    Yeah.

2      MS. ATKINS:  I don't think anything further.

3      THE WITNESS:  Yeah, a couple weeks ago.

4  I think so.

5  BY MS. ATKINS:

6      Q.    After you got your subpoena to come here?

7      A.    Yeah, I got my subpoena a long time ago.

8      MS. ATKINS:  That's all I have.

9                        EXAMINATION

10  BY MR. FITZPATRICK:

11      Q.    Mr. Hakala, you just answered a couple

12  questions about seeing Officer Babusch.

13          What officers, what Metra officers, were

14  at the criminal proceedings that were pending at

15  the Daley Center; and you said you saw the Hispanic

16  officer and you saw Officer Babusch, correct?

17      A.    Yes.

18      Q.    When you were there -- you were at the

19  Daley Center at the courthouse outside the

20  courtroom on the date that the trial actually took

21  place, right?

22      A.    Yes, I was.

23      Q.    I know you weren't permitted to stay in

24  the courtroom, but did you see through the glass

                                                    123

1    doors Officer Babusch testifying on the stand?

2        A.    Yes, I think so.  Yes, it was

3    Officer Babusch.

4        Q.    The white officer that came to court, the

5    white Metra that came to court for the criminal

6    case, that was definitely Officer Babusch?

7        A.    No doubt.

8        Q.    No matter what color his hair was?

9        A.    No matter what color his hair was.

10       Q.    No matter whether he was wearing glasses

11   or not?

12       A.    Yes.

13       Q.    No matter what other part of his

14   descriptions that you want to talk about, the guy

15   who was at the criminal case, that was

16   Officer Babusch?

17       A.    Yes.

18       Q.    Was the guy testifying on the stand during

19   the trial, was that Officer Babusch?

20       A.    Yes, it was.

21       Q.    Counsel kept asking about the blond-haired

22   officer.  I don't know what color Officer Babusch's

23   hair is either.

24            But Could his hair have been a different

                                                      124

1    color?

2        MS. ATKINS:  Objection.  Calls for speculation.

3    When?

4        THE WITNESS:  It could have been.

5    BY MR. FITZPATRICK:

6        Q.    I think you said dark blond.  At one

7    point, you were describing what you thought you saw

8    at the train station.

9        A.    Sandy blond.

10       Q.    Could it have been grayish blond or

11   grayish white?

12       A.    Yes.

13       MS. ATKINS:  Objection.

14   BY MR. FITZPATRICK:

15       Q.    You mentioned that you saw Ms. Rikas in

16   the hospital, that you noticed her teeth were

17   broken while she was in the hospital, correct?

18       A.    Yes, I did.

19       Q.    Did you observe if her broken were broken

20   when Officer Babusch was arresting her?

21       A.    Yes, I did.  The second time -- or after

22   the second time he smashed her face into the

23   concrete when he picked her up, I saw her face her

24   face.  Her teeth were missing, her mouth was

125

1    bleeding, her nose was bleeding.

2         Q.    When you boarded the train that night with

3    Alexandra, she didn't have any broken teeth at that

4    time; is that fair?

5         A.    Yes.

6         Q.    Did she have any broken teeth at any point

7    in time when you knew her before Officer Babusch

8    arrested her?

9         A.    Never.

10        Q.    Did you try to take pictures of Alex when

11   she was getting on the stretcher or after they had

12   put her on the stretcher after the arrest?

13        A.    Tried to, yes.

14        Q.    What happened?

15        A.    I was -- well, the black Metra officer

16   lady stopped me.  She kept putting her hand in

17   front of my camera.  She kept yelling at me to put

18   the camera away.

19        Q.    Did she stop you or prevent you from

20   taking photographs?

21        A.    She got in the way of a few of them, yes.

22        MR. FITZPATRICK:  That's all I have.

23

24

                                                      126

```
1                    FURTHER EXAMINATION
2    BY MS. ATKINS:
3        Q.    Just a couple follow-up questions.
4    Counsel asked you about trying to take photos while
5    she was on the stretcher inside the train station.
6             Certainly, you remember that it was just a
7    second ago, correct?
8        A.    Outside the train station.
9        Q.    Had you and Mr. Fitzpatrick talked about
10   that situation prior to today?
11       A.    No.
12       Q.    The black female officer prevented you --
13   pardon me.
14            I believe your exact testimony was that
15   the black female officer got in the way of a few of
16   your photos, correct?
17       A.    Yes.
18       Q.    But you were able to take some photos?
19       A.    Yes.
20       Q.    Have you provided those photos to Alex or
21   her attorney?
22       A.    Yes.
23       MS. ATKINS:  I'm going to make a verbal request
24   for those photos.  I do not have those.  I'll
```

                                                   127

1    follow them up in writing.

2    BY MS. ATKINS:

3        Q.    You're stating that you provided them to

4    her attorney?

5        A.    Not to her attorney, no.  I gave them to

6    Alex.

7        Q.    But other than the female officer standing

8    in front of you trying to block you, no one else

9    prevented you from taking photos, correct?

10       A.    Chicago police would stand in the way, but

11   no one verbally told me not to take the photos

12   besides the female Metra officer.

13       Q.    So female Metra officer told you not to

14   take photos, correct?

15       A.    Yes.

16       Q.    You were still able to take some photos,

17   correct?

18       A.    I was trying.

19       Q.    But you were able to because you testified

20   that you gave them to Alex, correct?

21       A.    Yes, I took photographs.

22       Q.    And then that Chicago police officers kind

23   of tried to block your way, correct?

24       A.    Yes.

                                                      128

1      Q.   Was that just by standing in front of

2   Alex?

3      A.   Yes.

4      MS. ATKINS:  That's all I have.  So you have a

5   choice.  There are two ways that we end depositions

6   here.  Either by reserving signature --

7      MR. FITZPATRICK:  Hold on.  Let me just ask a

8   few more.  Sorry.

9                   FURTHER EXAMINATION

10  BY MR. FITZPATRICK:

11     Q.   So, David, what you recall is after

12  disembarking or alighting from the train, you and

13  Alexandra together, do you recall Officer Babusch

14  grabbing Alexandra from behind and pulling her back

15  to the ground?

16     A.   Yes.

17     MS. ATKINS:  Objection.  Asked and answered,

18  beyond the scope of redirect.

19  BY MR. FITZPATRICK:

20     Q.   At that point, you remember Alexandra

21  making some sort of an effort to break her fall

22  with her arms?

23     MS. ATKINS:  Objection.  Asked and answered,

24  goes beyond the redirect.

129

1        THE WITNESS:  Yes, I do.

2    BY MR. FITZPATRICK:

3        Q.    And then after that occurred, what do you

4    recall happened next?

5        MS. ATKINS:  Objection.  Asked and answered,

6    goes beyond redirect.

7        THE WITNESS:  After she was dragged down the

8    first time, she tried to get back up and Officer

9    Babusch took her by the back of the neck and

10   smashed her face into the concrete.

11   BY MR. FITZPATRICK:

12       Q.    Is it at that point -- after that, is that

13   when you notice that her teeth were broken?

14       A.    Yes.

15       MS. ATKINS:  Objection.  Asked and answered,

16   goes beyond the redirect.

17            Are you just going to ask all questions

18   that have been already asked that he unambiguously

19   testified to?  He's not testified any differently

20   than before.

21   BY MR. FITZPATRICK:

22       Q.    What happened after that?

23       MS. ATKINS:  Objection.  Asked and answered,

24   beyond redirect.

130

1        THE WITNESS:  She was handcuffed and

2   Officer Babusch picked her up by the elbow right in

3   front of me as I was able to see face-to-face and

4   that's when I seen her teeth and the blood coming

5   out her mouth.

6            And then he took her over far away so her

7   head was furthest away from me and put her head

8   down on the concrete for the third time.

9   BY MR. FITZPATRICK:

10       Q.   I know you had mentioned earlier something

11  about Alexandra may have been flailing or moving

12  her body in some manner of that kind, correct?

13       A.   Yes.

14       Q.   Did it appear that she was trying to hit

15  the officer or kick the officer at any time?

16       A.   Not at all.

17       Q.   So when you said flailing, you weren't

18  implying that she was trying to hit Officer Babusch

19  or any other officers there?

20       A.   No, I was not.

21       MR. FITZPATRICK:  That's all I have.

22       MS. ATKINS:  As I was saying, you can reserve

23  your signature or waive your signature.  Reserving

24  your signature means you'll allow the court

                                                    131

1    reporter to print out -- she can't do it today --
2    but print out the typed testimony for your review.
3          You can correct any spelling errors,
4    grammatical changes, but not content of your
5    answers.  Meaning you can't switch an answer or add
6    to an answer.  Once you sign off on it, it becomes
7    official testimony.
8          If you waive your signature that means you
9    trust the court reporter has accurately taken down
10   everything that has been said today and you don't
11   have to review it and it becomes official
12   testimony.  If you reserve, I think it's a 30-day
13   window from typing it up.  You have a 30-day window
14   to review.  If you don't sign off in the 30-day
15   window, it automatically just becomes official
16   testimony.
17          So would you like to reserve or waive?
18       THE WITNESS:  I'll reserve it.
19          (Deposition concluded at 3:27 p.m.)
20           (FURTHER DEPONENT SAITH NAUGHT.)
21
22
23
24

                                               132

1              IN THE UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF ILLINOIS

2                      EASTERN DIVISION

3    ALEXANDRA RIKAS,              )

            Plaintiff,             )

4       vs.                        ) No. 13 CV 2069

     P.O. THOMAS BABUSCH, et       )

5    al.,                          )

            Defendants.            )

6

7            This is to certify that I have read the

8    transcript of my deposition taken in the

9    above-entitled cause by ANGELITA OLANDER, Certified

10   Shorthand Reporter, on November 17th, 2014, and

11   that the foregoing transcript accurately states the

12   questions asked and the answers given by me as they

13   now appear.

14            _____

15                      DAVID HAKALA

16

17

18

19

20   SUBSCRIBED AND SWORN TO

21   before me this _____ day

22   of _____, 2014.

23   _____

24            Notary Public

                                               133

```
1    STATE OF ILLINOIS  )
2                       )  SS:
3    COUNTY OF C O O K  )
4           I, ANGELITA OLANDER, a CSR within and for
5    the County of Cook and State of Illinois, do hereby
6    certify that heretofore, to-wit, on the 17th day of
7    November 2014, personally appeared before me
8    DAVID HAKALA, a witness in a certain cause now
9    pending and undetermined in the United States
10   District Court, Northern District of Illinois,
11   Eastern Division, wherein ALEXANDRA RIKAS is the
12   Plaintiff and P.O. THOMAS BABUSCH, et al., is the
13   Defendant.
14          I further certify that the said
15   DAVID HAKALA was by me first duly sworn to testify
16   the truth, the whole truth, and nothing but the
17   truth in the cause aforesaid; that the testimony
18   then given by said witness was reported
19   stenographically by me in the presence of said
20   witness and afterwards reduced to typewriting by
21   Computer-Aided Transcription, and the foregoing is
22   a true and correct transcript of the testimony so
23   given by said witness as aforesaid.
24          I further certify that the signature to
```

134

1    the foregoing deposition was not waived by counsel

2    for the respective parties.

3            I further certify that the taking of this

4    deposition was pursuant to Notice and that there

5    were present at the deposition the attorneys

6    hereinbefore mentioned.

7            I further certify that I am not counsel

8    for nor in any way related to the parties to this

9    suit, nor am I in any way interested in the outcome

10   thereof.

11           IN TESTIMONY WHEREOF:  I have hereunto set

12   my hand and affixed my signature this 5th day

13   of December, 2014.

14

15

16

17   _____

18        ANGELITA OLANDER

          CSR NO. 084-004618

19

20

21

22

23

24

                                                   135

1           McCORKLE COURT REPORTERS, INC.
            200 North LaSalle Street, Suite 300
2           Chicago, Illinois  60601-2956
                (312) 263-0052
3

DATE:  December 5th, 2014
4

Mr. John Fitzpatrick
5   36 West Randolph Street, Ste. 301
Chicago, IL 60601
6

IN RE: ALEXANDRA RIKAS v. P.O. THOMAS BABUSCH, et
7   al.,
COURT NUMBER: 13 CV 2069
8   DATE TAKEN: November 17th, 2014
DEPONENT: DAVID HAKALA
9

Dear Mr. Fitzpatrick:
10

Enclosed is the deposition transcript for the
11   aforementioned deponent in the above-entitled
cause.  Also enclosed are additional signature
12   pages, if applicable, and errata sheets.
13   Per your agreement to secure signature, please
submit the transcript to the deponent for review
14   and signature.  All changes or corrections must be
made on the errata sheets, not on the transcript
15   itself.  All errata sheets should be signed and all
signature pages need to be signed and notarized.
16

After the deponent has completed the above, please
17   return all signature pages and errata sheets to me
at the above address, and I will handle
18   distribution to the respective parties.
19   If you have any questions, please call me at the
above phone number.
20

Sincerely,
21

Margaret Setina       Court Reporter:
22   Signature Department   Angelita Olander, CSR
23
24   cc:  Ms. Atkins.

                                              136

**A**

a.m
105:9
able
20:4,5,13 46:24 56:21
66:14 76:16 78:1
87:16 99:16,20
100:1 102:17 104:1
127:18 128:16,19
131:3
above-entitled
133:9 136:11
accident
114:23 115:6
accompany
95:16
account
22:24
accurate
15:14
accurately
132:9 133:11
acting
31:12
Actual
68:1
add
132:5
additional
88:13 108:6 136:11
address
5:5,12,15,18 9:20
10:6 136:17
affixed
135:12
aforementioned
136:11
aforesaid
134:17,23
afternoon
26:7 41:10 103:15
105:3,8
ago
10:11 40:18 122:24
123:3,7 127:7
agree
14:7,8 71:17 72:4,9
agreement
136:13
ahead
73:4 75:8
aisle
62:10,16 66:10
aisles
60:12 70:6
al
1:9 133:5 134:12
136:7
alcohol
16:15 18:8,18,21
33:13 38:4,7 39:13
104:4,6,12
alcoholic
21:16 25:18 27:6
30:16 32:18 33:6,8
34:11 38:20 41:3
105:1
Alex
14:16,20,22 18:21
19:15,15,20 20:16
21:5,23 22:11,21
26:18,23 27:5,8
31:22,24 32:17
34:10 36:4 38:23
39:1 40:14,20 41:8
41:12,17 42:14
44:16 52:15 53:1,5
53:18,23 54:15,24
55:12,16,22 56:17
57:2,5,11,14,19
58:15 59:6 61:5
62:3 63:1,4,15 64:1

64:8,16 65:10,16
67:5,8 68:19 70:11
73:4,7,18 75:8 76:1
76:14,21 78:6,8
79:10 80:8,11,14
80:20,24 81:5,10
82:12,18 84:12,13
85:4,5 86:17,22
87:10,16 88:3
90:19 91:19 92:1,8
92:9 94:1,15,18,21
95:4,10,16,18
96:10,12,15,18
97:4,9,16,22 99:16
100:8 101:2,6,24
102:5,19 104:3,22
105:9,15,18 106:8
106:20 107:23
108:2,5 122:5,20
122:23 126:10
127:20 128:6,20
129:2
Alex's
76:9
Alexandra
1:5 5:24 126:3 129:13
129:14,20 131:11
133:3 134:11 136:6
alighting
129:12
All's
20:11
allegations
12:1,5
alleged
8:14
allow
131:24
allowed
11:11 95:17 96:2,3,9
altercation
111:17 112:2,10
113:4
ambulance
94:8,11 95:16,19,22
96:4,9,13,16 97:8
110:1,2,15
amount
48:9
Angelita
1:16,23 133:9 134:4
135:18 136:22
answer
6:17,19,24 7:5,14,23
32:15 45:11 50:14
72:8 91:5 113:18
114:15 132:5,6
answered
7:14 17:23 30:2 51:1
105:5 116:19 117:2
123:11 129:17,23
130:5,15,23
answering
45:14
answers
6:12 16:13 132:5
133:12
anticipate
6:14
anymore
38:9 118:16,17,19
Apartment
5:14
apologize
121:8
apparent
73:12
appear
131:14 133:13
appearance
28:8,21
APPEARANCES

2:1
appeared
94:12 134:7
appearing
11:19
applicable
136:12
approached
48:15,17 49:12,22
51:24 52:9 55:8
59:15
approaching
50:8
approximately
23:16 24:10 37:6
42:17 46:1 47:21
107:24 115:16
area
19:10 49:14,15 54:3
70:17 71:1 74:22
75:3 88:8 122:13
122:17
arguing
47:22
Arizona
17:4
arm
51:22 54:18 57:22
58:17,18 75:5,7,9
76:6,16 78:2,9,22
78:24 79:24 92:23
arms
77:16,21,22 78:16
79:8,20 82:17 90:2
102:17 106:23
129:22
arrest
14:21,23 64:6 68:14
126:12
arrested
15:6 105:18 111:11
112:6,21 126:8
arresting
68:9 125:20
arrive
34:4 100:6
arrived
19:3 20:17 23:6 24:3
26:9,11,19 27:9,16
31:22 36:16 45:24
46:18 48:13 95:13
97:23 99:15 100:4
100:14 101:4
109:13 120:10
arriving
18:18,22 24:11 26:6
41:9
artwork
24:2 25:9
asked
7:13,24 17:22 30:1,12
31:5,7 43:1 49:5
50:1,24 63:21 64:2
64:14 65:9 68:11
105:4 109:17
111:24 116:18
117:1 127:4 129:17
129:23 130:5,15,18
130:23 133:12
asking
6:15,16 40:17 50:8
64:4,11 72:4
124:21
asleep
57:24 58:23 59:1 63:6
assess
31:5
assessed
31:8,24
assessment
18:5 30:20 42:3
assist

54:16,17 57:2,14
assisted
65:16 121:20
assume
7:24
AT&T
98:15
ate
22:5 23:9 25:19,20,21
37:21
Atkins
2:11 3:4,6 4:6,9,11
8:15,20,21 14:9
15:8 18:3 21:4 28:1
28:7,13,23 29:2,6,8
29:19 30:4 32:10
32:14 34:2 35:10
36:12 37:2 39:10
40:5,12 42:2 44:20
44:24 45:6,9 50:13
51:4,15,19 57:1
62:2 71:16,24 72:4
72:18,19 74:15
77:9 78:20 83:19
83:23 89:10,17
90:17 91:4 92:13
92:17 97:3 102:18
103:17,22 104:20
105:7 106:7 111:23
113:8 116:18 117:1
117:3,18 118:7,11
121:1 123:2,5,8
125:2,13 127:2,23
128:2 129:4,17,23
130:5,15,23 131:22
136:24
attempted
81:14 90:20 91:13
94:18
attention
60:19 61:6 62:18,20
attorney
5:3 13:15 14:5,10
45:16 127:21 128:4
128:5
attorneys
13:19 135:5
Aurora
5:14
automatically
20:14 132:15
Avenue
5:8,12 35:18,21
aware
10:20,23 12:5 22:3
113:14 115:24
awhile
108:10,22

**B**

B
3:9
B-A-S-S-E-T
30:12
Babusch
1:8 14:19,24 17:15,19
18:5 31:23 55:11
58:1,2,3,4,4,5 59:1
59:21,23 60:8,20
61:9,19 62:6,9,12
62:15 66:19 68:13
69:19 70:12 73:2
73:16 74:21 75:1
76:8,14,19 77:18
78:4,8,18 79:4 81:3
81:16 84:5 85:6,22
85:23 86:3 87:10
91:19 92:9,11,16
92:21 96:3,9

123:16 124:1,3,6
124:16,19 125:20
126:7 129:13 130:9
131:2,18 133:4
134:12 136:6
Babusch's
15:4 124:22
back
5:16 6:15 8:20 12:23
14:12 15:2,5 17:3,9
19:13 22:24 33:17
36:5,11,21 40:19
44:10 45:6 49:10
52:15 65:18 69:15
70:21 74:22 75:14
75:17 77:13 78:23
81:8,16,17 84:8,12
86:4 87:23 89:19
90:3,23 91:20
92:23 93:2 114:15
119:2 122:15,16
119:14 130:8,9
backs
60:6 71:4
backwards
74:23,24 77:20 78:1,3
78:5,7,17 80:12
bad
107:5
badgering
40:9
Ball
120:9
bar
40:8,14 41:11 42:16
42:21 43:14,19,22
43:24 44:2,15
120:7
bartender
31:18
base
42:6 79:4 82:16
117:19
basically
72:9
basis
112:23
Basset
30:11
bathroom
7:10 49:9 52:5,14
53:15
battery
111:12
bean
17:8 25:4 33:12 35:6
35:7,11,18 37:15
bed
101:8
beer
21:3,18 22:9 36:15
38:17 39:21
beginning
57:11 122:8
behalf
28:19
believe
9:4,8 12:14 14:3
15:21 17:10 18:2,6
21:11,11,22 22:8
23:24 24:16 33:2
33:17,24 35:5,24
36:16 39:2 40:17
41:12 43:4 47:18
55:7 58:14,18 67:3
69:14 74:12 75:11
82:17 85:12 91:12
92:4 97:5,12 98:15
100:16 102:1,10
104:21 105:20
106:24 107:4
110:16,17 115:14

119:1,16 122:3
127:14
belive
57:10
Best
106:14
beverage
21:16 34:11
beverages
25:18 27:6 30:17
32:18 33:6,8
beyond
129:18,24 130:6,16
130:24
big
25:10 42:11 110:20
bills
118:24 119:7,9
Birch
5:19 9:19 10:5,6
birth
8:3
bit
6:16 120:6
black
58:8 95:23 96:8 107:1
122:1 126:15
127:12,15
blacked
32:2
blackout
41:14,18,21
blah
73:24,24,24
bleeding
126:1,1
block
72:10 128:8,23
blond
58:9,9,10 59:23 67:4
84:11,24 85:18
88:9 92:1,10,11
120:20 121:2,6
125:6,9,10
blond-haired
124:21
blood
87:17,19,21 88:19,19
88:21 90:8 94:3
104:4,6,12 131:4
blow
32:3 41:15 42:4
Blvd
2:12
board
40:19 42:24 46:7
53:22 56:9,21 61:1
61:4
boarded
55:10,11,17,22 56:7
56:17 57:19 58:3
59:1,7 60:10 61:9
62:13 126:2
boarding
55:9 61:20 62:7
boards
59:21
body
79:10 80:14 90:14
131:12
Bolingbrook
122:17
bone
75:3 88:8
booth
46:9 54:3 70:24 71:23
bottom
14:17 57:9 66:8,14,18
Boulevard
1:18
boyfriend
101:17,19,21,22

brace
77:17 78:2,17,18 79:2
79:24
break
7:7,10,15 29:3 44:23
45:7 76:17 77:15
79:9,21 129:21
breakfast
27:1,3,4
breaking
77:21
breaks
11:12,17
Breathalyzer
104:19
brief
11:10
briefly
13:20
bright
6:5
bring
22:16
broke
16:8 79:7
broken
114:22 125:17,19,19
126:3,6 130:13
brought
20:22
bruise
107:3
bruises
106:22,24 113:14
bubble
69:6
bubbly
69:7
Buckingham
23:24 24:20 25:1 33:3
33:5,12,16 35:4
37:15
Budweiser
18:14 34:8
build
58:6
building
25:13 47:4
buildings
23:18 25:16 33:21
bullshit
66:1 73:23 74:16 76:1
bunch
65:3 102:11 115:9
Buren
46:19 72:11
burger
20:18,23,24 21:2,3
22:6 34:8 36:15
38:17 39:20
Burn
71:9
buy
46:10 49:16
buzz
58:6

---

**C**

C
134:3
cab
110:3
caffeine
7:20
call
7:9 30:10 31:16,19
58:7 69:2 94:7
97:22,24 98:2,5
108:20 136:19
called
1:12 4:3 14:3 69:8
75:3 98:11,21 99:7

102:1 109:24 110:1
113:1
calls
116:5 125:2
calm
73:15 74:2,4,10
camera
126:17,18
canal
108:19
car
55:22 56:9 60:14,14
61:15,17 66:13,24
68:11 69:21,23
70:2 115:5
card
22:19,22,22
care
31:14 108:6 119:8
carrying
110:14
cars
56:1,4,11 115:9
case
11:22 12:6,9 13:5,8
13:23 16:14 111:20
113:19 114:4,6,7,8
114:12 120:12
122:21 124:6,15
cash
22:16,17,18,19,22,23
casual
20:18
catch
49:1 73:10 77:4
catering
31:13
cause
105:24 133:9 134:8
134:17 136:11
caused
50:14
cc
136:24
cell
98:6,7,8,11,13 99:8
Center
25:9 26:2 123:15,19
certain
134:8
Certainly
127:6
certainty
58:3
certification
30:12,12
Certified
133:9
certify
133:7 134:6,14,24
135:3,7
chair
94:18 97:4,5
chairs
49:20 52:7 57:9
chance
49:2
changes
132:4 136:14
charge
112:23 122:6
charges
112:4,24 122:4
chest
57:23 58:20,21 87:24
Chicago
1:18 2:5,13 17:2,14
17:18 18:18,22
19:3 20:17 23:6
24:3 26:20 28:3
31:22 34:4 36:16
46:12 99:18 128:10

128:22 136:2,5
chicken
21:6,8 22:7 34:10
36:15 38:18
chipped
107:8 114:22
choice
22:2 129:5
circle
49:19 110:20
Citizen
5:8,12
City
18:15 23:7,13 24:2
33:17 35:17 37:19
38:7 97:14
Civil
1:13
clean
107:22
clear
13:10 17:12,19 36:13
39:23 67:21 71:7
109:19 110:22
cleared
100:13
client
28:20
climbing
57:2
clk0808@yahoo.com
2:7
closed
46:9 54:13 60:17
closest
58:1
clue
51:10
code
5:9
collar
75:3 88:8
color
85:14 124:8,9,22
125:1
come
6:5 17:17 64:8 72:13
84:22 98:3 99:8,10
99:12,19,21 111:3
114:15 122:15
123:6
comes
58:1 72:15
coming
11:3 14:20 17:9 20:7
110:23 131:4
common
42:10
community
114:3
company
31:13
compared
42:11
compelling
114:15
completed
136:16
Computer-Aided
134:21
concluded
132:19
conclusion
32:12
concrete
70:5 79:5 81:13 87:14
88:18 93:14 125:23
130:10 131:8
condition
101:11
conductor
48:15,16

conductors
48:11
confusing
7:18
Congress
47:7 71:10 72:12
consume
18:24 25:18,22 27:5,8
27:11,15 28:3
29:11 32:18 33:8
105:9
consumed
16:15 18:8,18,21
26:21,23 33:13
36:17 38:21 105:2
contact
16:9 75:1 76:9 79:10
content
132:4
continuances
12:24
continued
8:19 29:5 45:5 73:19
107:23
continuing
95:10
conversation
11:13,18 13:16 52:21
63:1 74:3 86:1 87:6
101:10
conversational
6:13
conversations
12:4 118:13
Cook
1:17 134:5
cop
86:11
corner
76:13
correct
5:2 9:16,20 10:2
12:19 15:17,23
16:1 18:20 19:1,4
23:4 24:11,18,21
25:23 26:10 32:7
34:5,8,11,13,15,16
34:18 35:2,23
36:18 37:4,5,11,12
37:15,16 39:21
40:21 42:4 43:20
45:17 53:16,19
57:12,17 58:17
59:8,13,14,18,21
61:14 62:4 66:16
67:6 69:10 73:5,14
74:5 76:24 77:13
78:7,23 81:12 86:6
86:7 90:21,22 91:8
92:2,3,5,15 93:5,7
95:11,14 102:7,9
104:16 106:12,18
109:24 110:3 112:7
112:10 120:21
121:14 122:24
123:16 125:17
127:7,16 128:9,14
128:17,20,23
131:12 132:3
134:22
corrections
136:14
cost
119:9
counsel
4:13,15 45:8 71:17
124:21 127:4 135:1
135:7
count
55:15 56:11
counter
20:19

county
1:17 113:24 134:3,5
couple
6:3 10:11 101:3
122:24 123:3,11
127:3
course
44:24
court
1:1 6:7 8:7 13:7 89:9
111:21 113:22,23
114:3,14 120:14
124:4,5 131:24
132:9 133:1 134:10
136:1,7,21
courthouse
123:19
courtroom
12:15,21 13:4,12
123:20,24
Courts
1:14
cover
118:23
covered
88:19 118:21
credit
22:19,22,23
criminal
12:6 13:5,23 120:11
120:12 121:23
122:2 123:14 124:5
124:15
crying
88:20
crystal
39:23
CSR
1:16,23 134:4 135:18
136:22
cue
6:23
cuff
84:6 85:6,23
cuffed
82:17 87:11 90:4,5
92:8
cuffing
84:13
curious
63:19
current
5:5 98:19 122:9
currently
4:12 8:22
cussing
65:3 68:3
cut
58:6 89:1 107:22
109:9
cuts
107:1
CV
1:7 133:4 136:7

---

**D**

D
3:1
dad
33:19 35:12 109:18
dad's
98:10
Daley
25:9 26:2 123:15,19
damn
67:15
dark
58:9 96:2 125:6
date
8:3 11:20 107:23
123:20 136:3,8
dated

16:5 115:15
dating
9:16 15:19,23 16:3
21:23 22:21 29:10
41:17 111:9
David
1:12 3:3 4:2,7 129:11
133:15 134:8,15
136:8
day
1:19 7:19 13:4 16:16
16:21 17:3 26:13
26:24 46:12 103:8
103:15 115:21
133:21 134:6
135:12
Dear
136:9
debit
22:22
December
135:13 136:3
decide
31:19
decision
13:8
Defendant
134:13
Defendants
1:10 2:16 133:5
definitely
124:6
demonstrating
78:21
dep
28:18
department
2:10 100:15,19
136:22
deponent
132:20 136:8,11,13
136:16
deposition
1:12 4:7,13,20 6:1
8:18 10:12,18 11:4
11:16,22 16:14
29:5 45:4 57:11
132:19 133:8 135:1
135:4,5 136:10
depositions
1:15 6:12 129:5
descending
65:22
describe
48:22 58:5 78:13
88:16 106:20 121:2
121:4
described
72:9,21
describing
78:11 125:7
description
85:7 86:9
descriptions
124:14
detail
78:13
different
24:1 25:9,15 102:11
124:24
differently
130:19
dinner
22:9,14 23:3,9 24:23
24:24 25:2,4 26:7,8
directed
95:9
direction
20:9,14 45:22 72:22
directly
46:24
discharged

109:21,22 111:5,7
**disclosed**
8:13
**discovery**
16:14
**discuss**
10:12,14 11:24 13:20
45:19
**discussed**
10:17 11:21 104:9
118:20
**discussing**
11:16
**discussion**
8:16 11:10 45:2
**disembarking**
129:12
**disposition**
11:11
**dispute**
72:1
**distance**
41:1 43:20
**distress**
116:3
**distribution**
136:18
**District**
1:1,2,14 133:1,1
134:10,10
**disturbance**
105:22 112:22
**disturbances**
105:18
**Division**
1:3 133:2 134:11
**dock**
110:11
**doctors**
99:19
**doing**
45:15 65:3 84:3 86:18
**domestic**
105:18,22 111:12
112:6,21
**Donuts**
9:1
**door**
49:13 54:3,11 66:13
**doors**
54:2,8,13 55:1 60:12
60:17,21 69:15
100:11,16 124:1
**double**
57:7
**doubt**
124:7
**downstairs**
69:4
**downtown**
17:6 41:9 99:9
**dragged**
130:7
**drink**
18:12 21:10,13 22:2
22:13 29:23 32:20
34:13 36:10,15,17
36:21 37:3,9,13,17
38:2,7,10,13,14,18
38:23 39:1,5,12
41:3 42:12 44:13
104:22 115:21
**drinking**
16:18 38:4
**drinks**
22:11 38:20 42:8
105:2
**drive**
5:19 104:24
**drugs**
28:3 29:11 105:15
116:17,23

**drum**
114:18,20
**drunk**
32:2
**dude**
84:18
**duly**
4:3 134:15
**Dunkin**
9:1

### E

**E**
3:1,9
**ear**
114:18,20
**earlier**
15:9 46:12 59:16 64:7
104:15 112:5
116:16 131:10
**early**
16:23 106:9 117:5
**ears**
67:19
**east**
20:5,11 71:9,10
**eastern**
1:3 71:19 72:5 133:2
134:11
**eat**
17:7 18:13,15 19:22
24:9,10 26:12 27:3
36:10,20 37:3,9,13
37:17,24 39:13
**eats**
27:4
**edge**
71:9,19
**Edgebrook**
10:4
**effort**
129:21
**either**
122:15 124:23 129:6
**el**
72:15
**elbow**
75:18 87:11 90:5,21
91:13 92:24 131:2
**Elburn**
5:9,13
**embarrassed**
108:16
**emergency**
100:15,19
**emotional**
115:24 116:1,2
**employed**
8:22 9:5 119:20
**employment**
122:16
**enclosed**
136:10,11
**encountered**
17:18 18:4
**ended**
16:24
**engaged**
52:20 102:3 111:17
112:1
**enter**
46:19 114:4,7
**entered**
47:19 56:18 114:10
**entire**
30:23 61:15 103:23
**entitled**
11:17
**entrance**
47:7
**errata**
136:12,14,15,17

**erratic**
31:12
**errors**
132:3
**escalator**
70:22 71:20 72:14,21
**escalators**
70:18
**escort**
31:15
**established**
15:16
**et**
1:8 133:4 134:12
136:6
**evaluate**
101:14
**evening**
15:11,12 16:24 17:13
17:20 18:9 22:16
31:21 32:1 38:19
41:12
**eventually**
99:23 121:16
**evidence**
28:18,19
**exact**
5:15 74:1 127:14
**exactly**
7:24 18:10,15,21
74:13 76:12 117:24
**examination**
1:13 3:2 4:5 123:9
127:1 129:9
**examined**
4:4
**example**
80:7
**exchange**
53:13
**excluded**
106:3
**excuse**
120:10
**exit**
68:10 69:13,19,22
70:14,15 71:5
**exited**
20:12 69:16,18
**exiting**
64:9
**exits**
71:3
**experience**
30:14
**explain**
76:12 77:20
**express**
116:9
**eye**
76:13 107:1
**eyeglasses**
58:11
**eyewitness**
8:13

### F

**face**
6:5 76:18,19 78:19
79:5,12,16,23 80:1
80:15 81:8,11,17
81:20 82:14 87:13
87:13 88:5,6,8,17
89:2,5 90:3,6,19,23
91:10,22 93:11,16
93:17 107:2 114:18
125:22,23,24
130:10
**face-to-face**
131:3
**facial**
58:13

**facing**
69:21 71:22 87:17
89:13 91:21
**fact**
99:21 102:3 105:21
122:19
**fair**
5:2 8:1,2 16:16 43:17
48:9 56:3 100:18
126:4
**fall**
58:22 76:17 77:16,21
77:22 78:1,2,17,18
79:2,8,9,21 90:11
129:21
**fallen**
81:10
**falling**
57:24 63:6 78:3,6
80:11,24
**familiar**
19:10 30:11 32:4,16
48:10 60:13 104:15
105:19
**far**
10:20 40:23 131:6
**fast**
20:20 108:17
**fat**
58:7,7
**father's**
98:21,23 99:8
**favorite**
29:23
**February**
109:3
**federal**
8:14 10:14 13:16
25:12
**feet**
90:14
**fell**
78:11 79:7
**felt**
100:2
**female**
95:23 96:8 122:1
127:12,15 128:7,12
128:13
**Ferris**
23:22 24:17 34:17
**fiancee**
102:1
**fight**
96:18
**file**
28:8,21
**finally**
7:17 108:23
**Financial**
71:8,10,18
**find**
23:13
**fine**
14:11 28:13 45:15
73:7 73:9 109:17
**fines**
114:3
**finish**
6:15,16
**first**
4:3,19 16:19 17:18
18:4,11 19:14,19
20:17 23:21 24:3,6
24:19 26:6,18
31:22,23 35:13,14
35:23,23 36:16
41:9 55:23 60:8,20
70:2 76:18 79:18
79:23 80:6 85:3
88:4,12 90:1 97:23
100:8,14,21 101:2

101:6 102:5 130:8
134:15
**fist**
93:12
**Fitzpatrick**
2:2,2,3 3:5,7 4:16,17
4:19 6:10 11:1,14
11:18,21,24 14:2,2
14:7,11 17:22 21:1
27:21 28:6,10,17
28:24 29:7,18 30:1
32:8,11 33:23 35:8
36:8,24 39:7 40:2,9
41:22 44:19 50:10
50:24 51:12,17
56:24 61:23 71:14
72:2,7 74:14 77:7
78:14 83:18,21
89:15,19,23 91:2
92:10 97:1 102:15
103:11,20 104:17
104:4 106:1 113:7
116:5,18 117:1,16
118:3,9 120:22
123:10 125:5,14
126:22 127:9 129:7
129:10,19 130:2,11
130:21 131:9,21
136:4,9
**five**
38:9 39:1,4
**fixed**
108:8
**flailing**
83:6,16,20,24 84:2
131:11,17
**flamingo**
55:12 26:3
**flip**
6:6
**floor**
2:12 60:22
**flying**
83:5,22
**focused**
75:21 92:9
**follow**
28:14 128:1
**follow-up**
127:3
**followed**
67:1
**follows**
4:4 67:5
**food**
20:20,22 26:21,24
36:17
**Food-wise**
30:7
**foot**
20:1 62:20,23 63:2,8
64:12
**force**
75:6
**forearm**
92:24
**foregoing**
133:11 134:21 135:1
**forever**
100:2
**forgive**
19:15
**form**
21:1 27:23 28:6 29:18
32:11 33:23 36:8
41:22 44:19 50:11
56:24 61:23 77:8
78:14 89:15,23
91:2 97:1 103:11
104:17 113:7 116:5
117:1,16 118:3,9

**forth**
12:23
**fought**
96:20,23
**foundation**
29:18 39:8 41:22
118:3
**Fountain**
23:24 24:21 25:1 33:3
33:5,12,16 35:4
37:15
**four**
33:19,22 35:12 36:1
37:18 55:24 115:16
**four-point**
102:13,16,23 103:2
103:19
**fourth**
56:9
**front**
13:1 24:5 25:12 33:5
33:11 35:2 37:10
60:22,23 67:1
69:22 77:21,23
92:2 100:11 107:6
107:11,12,14,16
126:17 128:8 129:1
131:3
**fuck**
68:24 80:17 87:2 90:8
**fucked**
83:9
**fucking**
65:3 87:21,22 90:8
**further**
3:6,7 69:15 82:10
90:12 91:16 123:2
127:1 129:9 132:20
134:14,24 135:3,7
**furthest**
70:8 90:15 131:7

### G

**G**
99:4
**gap**
66:12
**general**
72:22 122:13
**gentleman**
120:17
**gesture**
6:22
**gestured**
107:11
**getting**
19:20 28:2 59:4 63:20
67:14,15 73:23
76:2 96:16 110:11
111:2 126:11
**girlfriend**
5:23 15:17
**give**
6:3 38:22,24 39:15,17
45:22 85:7,14 86:8
**given**
6:1 133:12 134:18,23
**glass**
41:6 43:23 123:24
**glasses**
67:5 124:10
**GLYNN**
2:11
**go**
7:3 14:12,17,18 17:3
19:22 20:5,13,17
22:7 25:6 29:1
32:24 33:15 35:13
36:5 40:20 46:3,21
46:23,24 47:4,10
50:4 52:18 53:6
60:14 66:15 69:18

3

69:22 70:5,20,23
72:10 96:3,3 97:15
100:12,15 110:14
113:22,24
**goes**
70:16 71:20 129:24
130:6,16
**going**
6:5,8,14 8:5,6 12:23
14:21 16:11 17:2,3
17:6 40:18 44:12
49:8,9 50:3,4,15
52:4,5,12 54:24
55:19,21 64:6,23
66:6 68:10,14 77:3
83:4 86:12,20
87:21 90:9 122:12
127:23 131:17
**good**
6:21 7:6,22 100:3
**grab**
77:12 78:8
**grabbed**
14:24 76:16 79:6 80:8
81:16 82:17
**grabbing**
129:14
**grammatical**
132:4
**Gras**
31:15
**grayish**
125:10,11
**ground**
60:22,23 69:5 71:21
74:23 75:7 76:19
77:18 78:10,12
79:3,7,11,17,19
80:4,6,11,15,24
81:6,7,8,10,18,20
82:12,14 83:13,16
84:2 85:4 88:3 89:3
89:5 90:19,21,24
91:10,14,17 92:15
92:18 129:15
**Grounds**
32:10
**guess**
25:14 32:23 48:9 80:5
103:5 121:6
**guessing**
110:6
**guidelines**
6:4
**guilty**
122:6
**gurney**
94:18
**guy**
69:14 84:7,15,17,24
85:1,18,21,21,22
85:23 91:20 96:6
120:20 121:2,22
124:14,18
**guys**
20:1 35:2 39:24 51:6
51:11,23 60:1
61:10 69:4,9 72:20
119:4

---
**H**
**H**
3:9
**H-A-K-A-L-A**
4:9
**hair**
58:9,13 59:23 67:4
85:14 96:2 124:8,9
124:23,24
**Hakala**
1:12 3:3 4:2,7,12
123:11 133:15

**half**
15:22 18:1 21:24
22:20 29:9 35:16
41:16 46:6 89:1
107:9,22 109:9
**hall**
45:1
**hallway**
12:17 13:9
**Hancock**
34:1 35:23 36:1,2
**hand**
19:13 65:18 75:4,15
76:9 93:13 104:1
126:16 135:12
**handcuff**
86:6
**handcuffed**
86:17 90:20 92:15
93:7,8 97:23 131:1
**handcuffing**
121:20
**handed**
13:7
**handle**
136:17
**happen**
87:22 90:9 94:4
122:12
**happened**
14:6 15:7 16:16,21
52:13 74:20 76:24
92:19 93:10 109:5
110:8 122:4 126:14
130:4,22
**happening**
83:7
**hard**
114:17
**harm**
105:24
**head**
7:1,1 15:3 57:23
58:19 63:7 90:15
90:16 98:9 131:7,7
**heading**
36:5
**health**
119:15
**hear**
64:5 68:8,14 94:7
**heard**
30:13 84:24
**hears**
14:20
**heavy**
48:24 52:16 58:6 67:4
121:10
**heavy-set**
49:22 54:5 120:17,19
121:18
**height**
96:1
**held**
8:17 29:3 45:3 84:7
90:3
**hell**
83:4 87:21
**help**
44:17 53:23 57:17
85:6,23 86:6 92:20
93:21 95:3,8,12
**helped**
14:16 85:22 119:1,5
**hereinbefore**
135:6
**heretofore**
134:6
**hereunto**
135:11
**hey**

**hi**
16:11
**hired**
4:21
**Hispanic**
48:24 49:22 52:17
54:6 69:14 70:1
72:24 73:2 84:7,9
84:15 85:1,20,21
86:11 87:1 88:1,2
90:7 91:20 92:4
120:17,19 121:18
123:15
**hissed**
76:22
**hisses**
76:3
**hit**
35:14 74:23 79:18,23
80:5,15 81:11,13
85:4 88:4 112:13
112:15 131:14,18
**hold**
6:15 54:18 87:23
104:1 129:7
**holding**
15:4 51:22 73:7 91:19
**hole**
37:20 39:16
**home**
17:4,9 36:6 40:20
44:12 46:3
**hooked**
101:8 102:9,10
**Hopefully**
122:11
**hospital**
96:7 97:12,24 99:11
99:15 100:10
101:21 102:20
103:24 106:11
109:13,16 111:4
119:9 125:16,17
**hotel**
33:19
**hour**
1:19 42:19,20 46:6
**hours**
23:16,21 24:11,13
25:17 32:23 34:21
34:22 37:7,8 42:22
43:15,16 100:3
101:4,5 103:2,9
**house**
9:24 10:5 27:6 41:24
71:20 72:6 120:14
**how's**
16:11,11
**huffed**
74:19 76:21
**huffs**
76:3
**huge**
106:23 107:3
**hurt**
106:5 112:11
**husband**
101:16
**hyper**
7:20

---
**I**
**idea**
21:15 22:15 25:14
47:8 50:12 51:2,18
55:15 72:17 84:23
97:2 105:6 115:14
112:11
**IDENTIFICATION**
3:10
**identified**

**15:10**
**IL**
136:5
**illicit**
29:11 116:17
**Illinois**
1:2,17,18 2:5,13 5:9
5:20 17:3 133:1
134:1,5,10 136:2
**implying**
131:18
**improper**
39:8
**inaccurate**
51:7 96:24
**inadmissible**
106:3
**incident**
8:14 15:11,13 42:19
42:22 43:15 56:22
75:22 106:8 108:15
112:7 113:9 115:3
115:11 116:10
117:5,7,8 118:14
**incidents**
106:6
**including**
33:11 106:4
**incorrect**
103:3
**indicated**
58:16 92:5 107:10
**indicating**
80:2
**industry**
30:6,15 31:5
**informed**
1:1
**initial**
99:3
**injured**
115:2,2,11
**injuries**
106:20 108:7 113:10
117:4,6,9,10
**injury**
88:5,6,14
**inquired**
59:17
**inside**
47:10,13,22 66:9 70:3
110:23 119:18
120:1 127:5
**insurance**
119:15
**intend**
44:13
**intention**
44:11
**interaction**
31:23
**interchange**
19:15
**interchangeably**
92:12
**interested**
135:9
**interrupt**
6:18
**interrupted**
89:18
**interview**
13:22
**interviewed**
13:18
**intoxicated**
18:6 31:24 41:13
51:14 115:13
**intoxication**
30:20 31:6,9 32:5
**investigation**
8:12

**involved**
114:13 117:13
**irrelevant**
106:3
**issues**
115:24
**it'd**
71:23,24
**it'll**
29:2
**IV**
102:9
**IVs**
101:8

---
**J**
**Jackson**
1:18 2:12
**January**
109:3
**Jefferson**
119:19
**job**
120:7
**jobs**
120:5
**John**
2:3 4:17 11:14,18,24
28:7 34:1 35:23
36:1,2 136:4
**Joliet**
14:13 17:13,17 19:6
43:15 46:12 47:22
55:19,21 119:19

---
**K**
**K**
134:3
**keep**
44:8,12 45:14 51:22
80:2
**keeping**
6:10 56:1
**kept**
12:23 74:2,4 89:5
93:1,2 124:21
126:16,17
**kick**
131:15
**kicked**
59:4 63:20 67:15
68:12 73:23 74:17
93:9
**kicking**
73:12 83:2
**Kilt**
120:2
**kind**
6:15 7:2 16:22 20:18
38:15 58:19 62:19
66:15 72:13 84:7
105:15 118:6
128:22 131:12
**knee**
82:15 84:5 86:4 92:22
**knew**
61:10 83:8,10 126:7
**know**
7:8,11,21 10:20,23
12:3 14:24 15:6
16:13 19:17 20:7,9
20:11 22:21 25:11
27:2 30:6,10 35:20
35:21 36:2 40:11
42:20 46:15 51:3
58:7 60:11 67:14
67:15 72:3,7 73:23
74:21 75:2 76:5
78:15 83:3,7,10,14
83:14 85:2 94:9
95:24 98:9 100:2

**103:13 105:15**
108:18,19 115:10
115:20 119:7 120:9
122:4,7 123:23
124:22 131:10
**knowledge**
13:11 18:23 26:23
27:5 59:11 113:12
114:21 119:10
**known**
29:11 115:1,5
**knows**
122:20

---
**L**
**lady**
126:16
**lake**
20:9,11,13 24:5 33:1
33:4,11 35:2 37:10
**landed**
76:18
**landline**
98:5
**large**
107:12,14,16,20
**larger**
84:11
**LaSalle**
19:8,11,20 20:3,10,12
24:4 36:5 38:19
40:19 44:4,16 46:1
46:18 47:19 48:14
71:19 136:1
**late**
17:11
**law**
2:10 14:2 32:16
**lawsuit**
8:14 10:15 12:2 13:16
**lawyer**
14:8
**laying**
101:8
**leading**
36:24 40:3 103:11
**leave**
14:14 19:6 43:2,7
54:3 58:1 60:1,24
61:8 63:16 65:5
70:24 73:11 75:22
101:14 103:8
109:19
**leaving**
33:10 43:3 44:15
110:24
**left**
17:13,17 24:4 38:16
43:1,22 44:2 46:6
47:22 52:18 53:1,6
53:18 55:18,21
69:22 78:22 80:2,3
92:5 107:9,17
109:19 110:10
**legal**
32:4,12,12 104:23
**legs**
82:13 106:24
**Lenox**
120:8
**level**
30:20 31:6,9 57:7,7
57:20 58:15 60:3
64:18 69:5 71:21
104:4,7,13
**levying**
28:9
**License**
1:24
**life**
16:12 30:9,24
**lift**

ACCURATE REPORTING COMPANY
CHICAGO, ILLINOIS (312) 346-4707

90:20
lifted 89:7
lifting 91:13
light 6:5
limit 32:5 104:23
line 121:13
lined 75:18
lines 60:2 68:12
lip 88:18,23,24
lips 6:23 7:4
liquor 9:8,10 21:18
literally 75:4 78:5
little 6:13,16 7:20 37:20 40:22 47:5,5 72:13 120:6
lived 10:4,4 26:17
loaded 95:18 96:12
loan 118:23
located 9:11
long 5:10 9:2 15:19 32:21 38:8 99:24 103:6,7 108:15 109:10 118:8 123:7
longer 15:23
look 26:4 72:11,15 87:20 90:8 94:3 118:18 118:19
looked 23:17 24:1 25:15 33:20 84:4 85:10
looking 24:8 91:23
lost 20:7
lot 16:15 58:2 88:21 121:16
loud 6:12,24 48:5,7 51:6
loudly 55:4 59:13
lower 75:16

**M**
machines 47:15
main 121:17
major 36:6,9
making 44:15 56:8 67:5 129:21
male 49:21 52:17 54:5 84:11 85:11,12
mall 72:13
manner 131:12
map 72:9,16

**Mardi** 31:15
**Margaret** 136:21
**marijuana** 29:13
**marks** 88:7,24 106:23,24
**math's** 115:18
**matter** 4:10 119:3 124:8,9,10 124:13
**matters** 106:2
**MC** 2:11
**McCORKLE** 136:1
**McDonald's** 20:19
**mean** 13:17 14:8 15:12 17:24 19:12 26:16 28:13 35:15 37:22 51:9 118:18
**meaning** 6:13 8:7 17:13 132:5
**means** 40:1 131:24 132:8
**medical** 101:11,15 104:10 108:6 116:6 118:24 119:8
**medication** 27:9,12 116:14
**medications** 27:16,19
**medics** 110:17
**meet** 16:19 96:6 97:15
**memory** 47:6
**men's** 49:17
**mentioned** 15:9 17:15 125:15 131:10 135:6
**metal** 52:7 53:2
**Metra** 2:10 4:10 19:3 42:18 42:19 48:8,17,19 48:20,21 55:8 69:12 95:23 99:18 110:17 123:13 124:5 126:15 128:12,13
**Mexican** 84:17 86:11 121:21
**Michigan** 20:10,13 35:18,21
**mid-afternoon** 15:12
**middle** 7:8,19 60:5,6 66:23 75:14 82:15 84:5 99:3
**Millennium** 17:8 23:23 33:2 34:24
**millimeter** 107:18
**mind** 6:11 27:22
**minute** 78:13,15
**minutes** 46:6 47:21 109:23
**mischaracterization** 91:7
**mischaracterize**

40:6
**mischaracterizes** 37:1 39:7 40:3 77:7 83:18 91:3 104:18
**missing** 106:22 107:6,21 108:16 109:8 125:24
**mix** 22:19,23
**moments** 40:18
**money** 4:24 108:10,23 118:23 119:9,13
**monitors** 101:9 102:11
**month** 5:11 108:3
**months** 5:16 9:3 109:1,11 118:10
**morning** 26:14,15,19 43:9 73:10 77:4 103:14 105:3 106:9 110:5
**mother** 65:2
**motor** 32:5
**mouth** 14:20 87:18 88:19 125:24 131:5
**move** 10:1,6 92:22 102:17 122:19
**moved** 5:6,16 52:23 108:2 122:7,8
**moving** 92:9,14,14 131:11

**N**
**N** 3:1
**name** 40:7 49:1 96:1 98:23 99:5 120:8
**names** 39:15,17 40:13
**Naperville** 122:17
**narcotics** 29:16 116:17
**NAUGHT** 132:20
**Navy** 17:7 22:8 23:4,23 24:15,18,24 32:17 32:19,20,22,24 33:11 34:15,23 37:4
**near** 33:5,22 60:6
**neck** 15:3 74:22 79:5 81:17 82:16,16 84:6 86:4 92:23 106:22 130:9
**need** 5:9 7:9,10 8:10 28:15 60:1 83:14 99:8 101:22 122:21 136:15
**needed** 98:3 99:10 108:19,19
**neighbors** 113:1
**neither** 33:13 47:9
**nervous** 117:23 118:2,13
**never**

4:21 6:2 10:19 11:21 12:3 17:5 23:18 27:22 29:21 30:13 31:7,18 93:17 94:23 95:2 102:24 103:18 104:9,14 106:5 117:15 126:9
**New** 120:8
**night** 17:11 20:2 41:2,2 42:11 126:2
**nod** 7:1
**noise** 76:22
**non-verbal** 6:23
**noon** 103:15 106:15 111:4
**Nope** 63:6
**normally** 22:18 27:3,4
**north** 71:10 72:12 97:12 136:1
**Northern** 1:2 133:1 134:10
**Northwestern** 97:13,15,18,24 99:15 100:9,14 102:20 106:11,21 108:5 110:2
**nose** 87:18 88:20 126:1
**notarized** 136:15
**Notary** 133:24
**notice** 130:13 135:4
**noticed** 125:16
**November** 1:19 109:2 133:10 134:7 136:8
**nub** 107:18
**nudge** 61:7
**nudged** 61:5 63:15
**number** 3:10 8:6,11 38:22,24 98:6,8,10,18,19,21 136:7,19

**O**
**O** 134:3,3
**o'clock** 1:20 23:8 26:11,17,19 41:10 103:8
**object** 27:21,22 32:11,12,13 35:8 45:12 89:23 106:1 112:17,19 117:16
**objection** 17:22 21:1 28:6,17 29:18 30:1 32:8 33:23 36:8,24 39:7 40:2,3,9 41:22 44:19 50:10,24 51:12,17 56:24 61:23 74:14 77:7 78:14 83:18 89:15 91:2 97:1 102:15 103:11,20 104:17 105:4 113:7 116:5 116:18 117:1 118:3

118:9 120:22 125:2 125:13 129:17,23 130:5,15,23
**objections** 28:9,11,12,15,19
**observe** 125:19
**observed** 78:6,8 106:21
**obvious** 88:6,13
**occasion** 16:10
**occurred** 15:13 106:9 130:3
**October** 8:4 16:6,7 107:24 111:9,11,16,24 113:9
**office** 14:2
**officer** 17:15,18 18:5 31:23 48:19,20,21,22 49:4,12,21,22 50:7 51:11 52:3,8,11,16 52:17 53:2,10,13 54:6 58:4,5 59:16 59:21,23 60:8,20 61:9,19 62:6,9,12 62:15,19 63:2,8,17 64:1,11,17,19 65:9 66:19 67:4,9,10 68:8,8 70:1 72:24 73:2,16 74:19 75:1 76:8 77:12 79:6 80:8 82:7,13 84:9 84:12,22 85:2,5,5,8 86:2,3,6 87:1,7,15 88:1,2,9 90:8,19 92:1,4,7,10,11,14 94:7 95:23 120:18 120:19,20 121:3,4 121:18,19 123:12 123:16,16 124:1,3 124:4,6,16,19,22 124:22 125:20 126:7,15 127:12,15 128:7,12,13 129:13 130:8 131:2,15,15 131:18
**officer's** 49:1 53:16
**officers** 69:12 73:20 75:9,20 80:23 84:20,21 86:24 87:20 94:3 117:11,14,20 118:15 120:13 121:15 123:13,13 122:13 131:19
**official** 132:7,11,15
**Oh** 26:9 69:20 110:12
**okay** 5:6 6:20 7:5,15,21 8:9 14:11 29:7 50:1,9 50:15,17 59:17 69:20 86:12 101:14 109:18,18
**Olander** 1:16,23 133:9 134:4 135:18 136:22
**old** 31:2 98:10
**on-the-job** 30:19
**once** 41:24 66:8 74:7 132:6
**one-way** 46:13

**ones** 14:15 56:12,20 62:3
**open** 54:11 60:21 88:18,23 89:1
**opened** 60:17
**operating** 32:5
**opiates** 105:10,13
**opinion** 32:13 41:12 116:6
**order** 21:10 30:16 114:14
**ordered** 21:5,7,21
**outcome** 135:9
**outside** 14:18 123:19 127:8
**outstanding** 119:7
**over-the-counter** 27:8,11

**P**
**P-F-F-F-T** 76:4
**p.m** 1:20 34:4 132:19
**P.O** 1:8 133:4 134:12 136:6
**pages** 136:12,15,17
**paid** 22:14 119:10,12
**papers** 11:2
**paperwork** 11:3,6
**paramedics** 94:14,17,22,23 95:1,5 95:7,10,13 96:22
**pardon** 127:13
**parents** 5:16 98:3,5 99:7 100:4,6 109:13,20 110:2 111:3
**Park** 17:8 23:23 33:2 34:24 120:9 122:18
**parked** 115:9
**part** 14:13,17 17:24 18:2 75:17 79:10 89:17 124:13
**particular** 29:23 55:14 62:4 72:10 82:6
**parties** 135:2,8 136:18
**partner** 15:4 84:6,14
**party** 31:15 44:12
**Pass** 56:4
**passed** 25:9 66:12
**passengers** 56:10,14,19 61:13
**pathway** 47:5
**patron's** 31:6
**pay** 4:24 22:18 60:19 62:17 108:12 119:1

5

119:2,13,14
**pending**
13:16 113:19,21
114:10 123:14
134:9
**people**
31:15
**percent**
9:9 19:24 55:24
**period**
33:10 38:21
**permitted**
123:23
**person**
19:17 31:11 44:9
**person's**
30:20 31:9
**personal**
13:11
**personally**
18:24 31:8 78:6,8
106:21 134:7
**personnel**
48:18 55:9 69:12
101:11,15 110:12
110:15
**persons**
5:22
**pertaining**
1:15
**pfffft**
68:23 73:16 74:8 76:3
**pffft'd**
76:21
**pffft'd**
74:18
**phone**
7:9 98:7,10,11,13,16
136:19
**phonetic**
68:23 71:12 83:5
**photographs**
106:17 126:20 128:21
**photos**
127:4,16,18,20,24
128:9,11,14,16
**physical**
76:9 85:7 86:8 88:5,6
88:14 105:24
106:20 111:17
112:2,9 113:4,10
117:4,9
**physically**
13:3 77:24 115:2,11
118:4
**Picasso**
25:10 26:2
**pick**
81:16 87:10
**picked**
87:16 90:4,10 91:11
91:18 125:23 131:2
**picking**
90:10
**pictures**
104:2 126:10
**picturing**
34:3
**Pier**
17:7 22:8 23:4,23
24:15,18,24 32:17
32:19,20,22,24
33:11 34:15,23
37:4
**pint**
44:6,8
**place**
13:22 14:1,21,22
19:14,19 20:18,23
20:24 24:9 26:5
35:15 40:21,22,24
41:4 64:6 71:8,18

94:18 119:23
123:21
**placed**
96:15,17 97:4,5
**places**
37:20,21 38:6 39:4,16
39:18
**Plainfield**
9:12
**Plaintiff**
1:6 2:8 133:3 134:12
**Plaintiff's**
45:8
**plan**
122:15
**planning**
122:14
**plans**
122:9
**platform**
47:1 54:9,12,15 55:2
56:15 69:7,10,13
69:15 70:2,4,12
81:11
**plea**
114:4,7,10
**please**
7:14 89:20 122:20
136:13,16,19
**pocket**
44:10
**point**
6:22 7:7,17 17:14,17
21:24 32:1 61:5
64:16 67:8 68:7
70:11 73:8 88:14
93:24 107:19 125:7
126:6 129:20
130:12
**pointed**
87:15
**police**
31:16,19 48:20,21,22
49:12,21,22 51:10
52:16,17 53:2,10
54:6 59:16 75:9
99:18,18 110:17
113:1 120:13
121:15 128:10,22
**poorly**
7:18
**pop**
37:22,23 38:6
**popped**
39:4
**porcelain**
108:20
**Porky**
71:11
**portion**
12:22
**positive**
105:12
**potential**
28:18
**potentially**
28:18
**pounds**
42:15
**pouring**
87:18,18
**precipitated**
50:7
**prefer**
67:20
**preparation**
11:6
**prescribed**
29:20
**prescription**
27:15,18 28:3 116:14
**prescriptions**

116:15
**presence**
27:12 28:4 134:19
**present**
12:8,15,21 13:3,6,7
52:17 82:7 94:6,11
94:14,17,21,24
95:4 104:3 120:13
135:5
**press**
112:24
**pretty**
27:1 31:19 42:10 48:9
107:5,8,19 119:5
**prevent**
126:19
**prevented**
95:21 127:12 128:9
**previous**
27:22
**previously**
9:18
**print**
132:1,2
**prior**
5:12 18:18,21 28:2
37:1 39:8 40:3,18
55:9 91:14 111:16
111:24 127:10
**private**
100:24 101:1,2,6
102:6
**probably**
21:6 42:12 51:2,13,16
55:23 101:3 114:14
**problem**
28:8
**Procedure**
1:14
**proceedings**
123:14
**profanity**
48:3 55:6 59:10
**professional**
116:6
**provide**
6:11,24 7:14
**provided**
13:4 127:20 128:3
**provider**
98:13
**providing**
6:19
**public**
8:9 133:24
**puffed**
73:21 76:15
**pull**
75:6 77:13 117:22
**pulled**
74:21,22,24 76:2
77:19 78:5 79:1,13
111:1
**pulling**
77:20 110:13 129:14
**punch**
93:16
**punched**
93:17
**purchase**
33:6 44:6 46:13 47:14
**purposes**
4:13
**pursuant**
1:13 4:9 135:4
**pushed**
15:3 81:8,17
**pushing**
81:20
**pussy**
69:2
**put**

8:8 14:5 42:12 77:22
78:2 79:24 82:15
84:5 89:4 126:12
126:17 131:7
**putting**
78:22 79:8,20 126:16

────────────

**Q**

**question**
6:14,17 7:13,18,23
27:22 63:17 89:16
89:17,20,24 93:15
112:12 113:18
117:17
**questioning**
106:1
**questions**
6:20 45:12 114:16
123:12 127:3
130:17 133:12
136:19
**quiet**
81:4 82:3
**quite**
10:1

────────────

**R**

**radio**
92:21
**radioing**
93:1
**rail**
55:22
**railcar**
55:16 56:18,19 60:18
62:4,7 66:9
**railcars**
55:13
**ran**
31:14
**Randolph**
2:4 136:5
**re-ask**
7:21
**reached**
78:17
**read**
89:22 104:11 133:7
**ready**
120:11
**realize**
93:9
**really**
11:8,9 17:5 19:12
44:18 56:1 85:13
**reason**
73:13 74:18
**recall**
5:17 9:10 18:11 19:23
21:5,13,18,19,20
35:22 43:6 129:11
129:13 130:4
**recollection**
17:12,19 29:23 65:4
66:5 67:23 68:2
73:20 74:11 80:3
106:14 111:5
**record**
4:6 8:7,9,15,17,20
28:16 29:1,4 36:13
39:23 45:3,6,7
67:22 71:7 72:5
89:21 110:23
**redirect**
129:18,24 130:6,16
130:24
**reduced**
134:20
**refer**
58:2

**reflect**
4:6 45:7
**refusing**
113:18
**related**
135:8
**relating**
106:2
**relationship**
119:4
**relax**
73:11
**released**
106:11 108:5
**relevance**
28:6 32:13 35:8 41:23
**remember**
5:15 18:10 21:21
35:14 51:3 67:20
71:12 74:1,13 80:5
85:9 96:1 108:4,14
111:6 120:8 127:6
129:20
**reminding**
7:4
**repeat**
89:19
**repeatedly**
74:9
**report**
96:22 104:10
**reported**
1:23 134:18
**reporter**
6:7 8:7 89:9 111:21
132:1,9 133:10
136:21
**REPORTERS**
136:1
**represent**
4:20,24 28:14 71:8
**represented**
4:12
**Representing**
2:8,16
**request**
127:23
**requested**
89:22
**require**
7:7 44:16
**required**
30:15
**reserve**
131:22 132:12,17,18
**reserving**
129:6 131:23
**reside**
5:13,21
**resided**
9:19,24
**residence**
122:9
**residential**
5:5,18
**respect**
118:16,17
**respectfully**
28:7
**respective**
135:2 136:18
**responded**
50:3
**response**
63:13 64:3 68:16,19
**responsive**
113:16
**restaurant**
18:16 19:24 20:16
22:6,10,12 34:7
40:7,14
**resting**

58:19
**restraints**
96:15 102:14,17,23
103:2,19
**restroom**
47:12,14
**result**
114:23
**retain**
4:19
**retrieved**
54:24
**return**
136:17
**returned**
38:19
**returning**
46:16
**review**
11:3 132:2,11,14
136:13
**ride**
25:23 48:8
**riding**
95:21
**right**
10:5 14:8 24:7 28:21
29:6 42:9,24 43:11
43:12 49:6,9,10
50:4 58:17,18,20
69:23,24 70:2 71:2
71:5,23,24 75:9,15
76:9 88:11 98:4
99:11 100:7,12
109:22 110:8
111:18 123:21
131:2
**Rikas**
1:5 4:10 8:13 9:16,23
10:10,20 11:22
12:1,13 13:15,18
14:4 15:9 16:13,19
19:16 29:10 45:24
46:11 47:17,19
48:13 49:23 50:18
51:5 52:11 111:8
111:14,17 112:1,6
113:4 114:17 115:1
115:15,20,23 117:5
118:23 119:17
125:15 133:3
134:11 136:6
**rip**
76:16 78:9
**ripped**
75:4 76:5 78:16 88:18
88:23 89:1 90:2
**rode**
23:22 24:17
**roll**
87:12 93:1,5,18
**Romeoville**
122:17
**Ron**
98:24
**Ronald**
99:1
**room**
100:10,21,22,24
101:1,3,7 102:6
**root**
108:19
**route**
34:3
**Rule**
106:4
**rules**
1:13 106:4
**runs**
47:3
**ruptured**
114:18,20

ACCURATE REPORTING COMPANY
CHICAGO, ILLINOIS (312) 346-4707

**S**

S
3:9
SAITH
132:20
Salsa
71:12
sandy
58:10 125:9
sat
20:21 56:18 57:11,22
satkins@metrarr.c...
2:15
save
108:10,22
saw
17:8 23:22,23,24
24:14,15 25:8,10
25:10,14 26:18
33:18 35:4,7,22,24
36:2,4,7 60:20 61:4
61:21 76:12,13
91:22 96:12 100:21
101:2,6,7,24 102:5
123:15,16 125:7,15
125:23
saying
4:22,23 15:5 65:21,24
73:22 74:16 76:1
77:2,3 81:19 84:18
86:21,23 93:23
94:2 95:6 96:8
131:22
says
58:1 59:24 96:22
scene
87:7
schedule
43:13
scheduled
43:6
school
122:16
scope
129:18
Scrapes
88:7
scream
95:10
screamed
80:21 81:21,23,24
95:12
screaming
15:4 82:18,21 83:17
84:3 86:19 88:20
92:20,21,21 93:20
93:22 95:2,8
101:22
screwed
118:6
Sears
33:18 35:13,19,22
36:2
Seasons
33:19,22 35:12 36:1
37:18
seat
53:20,23
seated
52:6 53:18 54:15
58:15 60:3
seats
53:2 65:11 66:10,11
66:12
second
82:15 88:10,11,17
89:8 90:2,11,11
125:21,22 127:7
secure
82:13 136:13
security
8:6,10 31:20

see
6:4,6,22 7:3 23:19
24:5 36:9 54:5 56:9
56:14,19 60:9,21
61:1 75:20,21 76:8
76:14 77:12 85:3
86:19 88:5,13
95:18 96:15,18
97:4 99:16,20,22
100:1,8,12,18,23
101:14 102:13
117:21 118:4
120:12,16 121:19
122:1 123:24 131:3
seeing
26:1,2,2 111:8 123:12
seek
108:6
seen
24:20 29:13,15 41:18
41:20 62:1 84:5
87:17 88:18 90:6
90:10 92:7 96:17
121:21 131:4
sell
30:16
send
104:22
sense
7:19 42:10
sergeant
95:24 96:9 122:1
serious
63:21 64:14 65:10
serve
30:16
served
10:18 11:2
serves
47:6
service
20:19 30:5,14,23 31:4
114:3
serving
31:17
set
48:24 52:16 60:11
67:4 135:11
Setina
136:21
settle
77:6,10
seven
109:11
seven-eleven
44:3
shake
7:1
share
22:24
sharp
107:19
she'd
117:23 118:4,5
sheets
136:12,14,15,17
shit
87:22 93:8
Shorewood
5:20 9:12,20
short
96:2
Shorthand
133:10
shoulder
57:23 58:21 63:7
74:22 76:10 78:9
79:12,16,23 80:15
81:11 88:4 106:22
107:4
shoulders
7:1 15:1 75:13

shoved
86:4
show
23:20 33:20
showing
23:19
shrug
7:1
shut
71:2 120:9
sic
11:11
side
13:20 14:5,24 37:20
46:19,20,21 47:3,3
69:24 70:2,15 71:3
71:11,13,17,18,23
71:24 72:5,14
79:12,16 80:1,2,3,5
80:14 81:11 88:4,7
96:2 94:15 107:1,4
sidewalk
87:19
sign
132:6,14
signature
129:6 131:23,23,24
132:8 134:24
135:12 136:11,13
136:14,15,17,22
signed
136:15,15
Sincerely
136:20
single
40:7 53:12 57:7
sister
17:4 50:21
sit
49:8 50:4,15 52:3,4
52:12 57:5
site
36:4,7,9
sites
23:20
sitting
14:13 51:24 53:2
56:11 60:18
situation
127:10
size
42:7
sketchy
38:15
skillfully
6:8
skyline
23:22 24:6,14,15,16
slash
9:12
sleeping
102:8
small
36:10 39:13
smash
90:11
smashed
15:1 76:19 78:18 79:5
82:14 83:12 87:12
88:17 89:3 90:3,12
90:16,19,23 91:10
91:24 93:13 125:22
130:10
smashing
91:14
smoke
29:13
smooth
31:14
social
8:5,10
soda

39:13
sodas
39:14
somebody
20:15
sorry
24:22 25:21 26:9
111:21 121:7 129:8
sort
34:11 116:2,10
129:21
sound
43:11
sounds
6:21 7:6,22 43:12
south
71:11 72:12
speak
51:9
speaking
48:5 55:4 59:12
specific
26:5 67:23,24 118:12
specifically
91:12 101:18
specifics
12:1 67:20
speculation
50:10 51:17 61:24
125:2
speech
74:1
spelling
132:3
spider
25:10 26:2,4
spine
75:18
spit
94:23
spitting
82:22 94:21
spoke
9:22 10:9 122:23
spot
38:11,12,13,14 39:5
54:14
spots
38:15,15 39:14
spun
77:24
SS
134:2
STACEY
2:11
stairs
14:17,18 46:21 57:3
57:14,17 64:9
65:15,17,22 66:6,6
66:16,19,22,24
68:10 70:19 97:7
110:14,23
stairwell
47:3 65:14 66:8 70:16
stand
65:11 71:4 87:22
124:1,18 128:10
standing
52:20 60:22,23 66:23
70:12 92:6 128:7
129:1
start
20:14
started
16:23 23:14
starting
58:22 70:13
State
1:17 134:1,5
stated
40:18 91:12
statement

16:17 51:7 68:17,20
117:19
states
1:1,14 133:1,11 134:9
stating
128:3
station
19:8,11,21 20:4,10,12
24:4 36:5 38:20
40:19,24 42:22
43:20 44:4,16 46:1
46:19,23 47:10,13
47:20,23 48:14
59:6 70:7,9,9,13,21
70:23 71:9,19 72:6
97:6 125:8 127:5,8
statues
24:2 25:15
status
113:24 114:2
stay
15:5 122:13 123:23
Ste
136:5
steady
51:23 54:18
stenographically
134:19
step
61:21
stepped
73:17
steps
61:22 66:14 110:11
stickers
102:12
stocky
58:7 121:6,7
stood
84:4
stop
31:17 37:20 44:3
72:15 126:19
stopped
39:18 40:20 111:8,9
126:16
store
9:9,10
straight
47:4
street
2:4 9:13 10:5 19:8,11
19:21 20:3,10,12
24:4 36:5 38:19
40:19 44:4,16 46:1
46:18 47:2,20
48:14 70:15,19
71:13,19 110:14
116:22 117:22
136:1,5
stress
116:11
stretcher
96:17,19,21,23
126:11,12 127:5
strike
43:22 56:7 57:5 80:22
93:11 94:6 112:17
112:19 114:17
strip
69:8 70:5
struck
79:17 80:3 81:5 115:8
stuff
11:12 12:24 17:5,9
33:18 50:22 69:8
108:11 119:1,6
stumbling
44:21 50:18 51:20
54:21 65:19
submit
136:13

subpoena
4:10 10:18 123:6,7
SUBSCRIBED
133:20
Subway
119:18,24
suddenly
90:23
suffer
114:20,22
suffered
117:4,6
suffering
115:23
suing
15:11 106:8
suit
135:9
Suite
2:4 136:1
summer
105:17 112:5 113:5
sure
5:7 6:11 7:16 13:24
17:10 24:1 27:1
28:20 31:14 42:20
43:10 46:20 78:24
98:17 102:21
108:14,22 109:1
119:5 122:20,22
surrounding
19:10
sustain
113:10,11
sustained
113:13
swear
73:19
swearing
50:23 51:7 64:24
67:17 82:20 95:4
switch
132:5
sworn
4:1,4 133:20 134:15

**T**

T
3:9
table
6:6 20:21
tactile
69:8
take
6:8 7:15 11:11,17
13:22 14:1 17:6
29:15 31:14 44:23
105:15 126:10
127:4,18 128:11,14
128:16
taken
1:15 4:9 82:12 93:19
97:23 100:8 103:12
103:13 110:7,11
111:2 132:9 133:8
136:8
talk
45:1,10 76:14,23
101:12 111:19
112:4 113:15,17
114:5,8,12 124:14
talked
13:1 127:9
talking
50:21 53:10 71:6,18
92:13 111:20 121:9
121:16,23 130:11
tall
58:6 59:23 121:6
tapped
62:19,23 63:2
taps

7

63:8 64:11
taxi
97:19
teeth
106:23 107:6,11,12
108:8,16,20 114:22
125:16,24 126:3,6
130:13 131:4
tell
14:4 20:4,5 26:4
35:20 36:6 38:8
39:24 40:7,13,23
42:8 45:13 50:7
55:13,16,21 59:3
68:24 87:9 99:12
101:7 105:1,12
115:8 116:13 117:6
117:24 118:5
telling
36:14,20 63:13 74:2,4
84:17 86:11 113:3
tells
63:9 64:12
tense
118:5
tested
105:12
testified
4:4 9:18 39:3 51:5
57:10 64:7 65:2
66:4 73:18,18 74:9
103:1 104:15,21
106:10 110:1 112:5
113:13 116:16
128:19 130:19,19
testify
12:10,13 57:16 83:20
120:11 134:15
testifying
78:22 91:8 103:18
124:1,18
testimony
11:7,22 12:16 13:5,6
14:9 16:14 18:17
33:12 37:1 39:8
40:4,6 45:20 53:1
56:2 59:5 62:22
72:8 77:8 90:18
91:3,8 104:18
127:14 132:2,7,12
132:16 134:17,22
135:11
thereof
135:10
thing
7:2,12 14:24 15:6
25:10 26:3 47:5
53:21 63:11 74:21
76:5 86:5 92:19
things
39:13 79:18 102:11
think
23:9 24:4 30:22 32:21
34:20 38:20 41:20
42:17,21 43:14
47:6,20 61:19
72:11,12 76:4
96:20 99:24 101:3
108:2,24 110:1
121:10 123:2,4
124:2 125:6 132:12
thinking
26:3
third
56:8 84:22 85:8,21,23
86:2,3,5 87:13,14
89:2,12 90:12
91:15,24 92:7,18
93:4,19 121:19
131:8
THOMAS
1:8 133:4 134:12

136:6
thought
39:3 51:13,16 52:2
64:7 83:21 89:6,11
121:9,11 125:7
three
34:20 37:6,8 55:23
84:16,19,19,21
85:18 121:14,14,17
threw
75:3 77:18 78:9 87:11
92:14
ticket
12:6 46:9 49:16 54:3
70:24 71:23
tickets
46:7,13
Tilted
120:2
time
5:23 6:22 7:7,17 9:19
9:22 10:1,8,9 11:20
14:19 15:17 16:5
17:11 23:6,9 24:19
26:17 32:1 33:10
36:14 38:9,21 41:8
42:14,17 43:3,6
46:1,16 54:23,23
56:13,20 63:12
65:5 68:7 74:6 82:5
82:6,6,11,15 83:8
83:11 87:13,14
88:4,6,10,11,12,17
89:2,8,12 90:1,2,12
91:15,24 92:9,19
93:4,19 100:4,7
102:19,22 103:7,10
103:12,13,23,24
109:10 115:20
122:23 123:7
125:21,22 126:4,7
130:8 131:8,15
timeframe
42:19,20
times
41:20
Tinley
122:18
to-wit
134:6
today
4:13 6:7 10:21,24
11:4,19 118:21
127:10 132:1,10
today's
4:20 11:6
told
11:2 13:14 14:4,14
29:22 37:3,9,13
52:2,2,11 60:24
61:8 63:15 65:5
74:6,10 81:3 82:3
84:9 87:1,20,24
90:7 96:2 97:11
98:3 99:8,10,19
100:11 104:3,6,12
104:14 109:18
117:24 118:15
122:7 128:11,13
ton
119:9
tooth
107:9,14,15,16,20,20
109:8,9
top
14:13 57:9,12 58:15
84:13 98:9
total
115:15
touch
85:5
touching

75:16
Tower
33:18,22 35:13,19,23
36:2
track
69:6
tracks
72:15
train
14:12,14,17,18,18
19:4,6,20 24:8
25:22 36:6,11,22
40:20,23 42:22,24
42:24 43:1,3,4,13
43:15,20 44:13
46:5,8,10,11 47:1
47:20,21 53:22
54:2,9,12 55:2,9,10
55:11,13,14,20,22
56:17,21 57:3,8,19
58:3 59:2,4,6,7,21
60:1,4,10,24 61:2,4
61:10,14,15,20,21
62:1,13 63:9,14,20
64:9,12 65:6 66:24
67:6,15 68:11,12
69:13,17,18,21
70:3,6 71:4 73:12
74:18 76:2 77:4
91:21,21 110:7,9
110:10,11,13,24,24
111:1 125:8 126:2
127:5,8 129:12
training
30:16,19
trains
60:11
transcript
8:8 133:8,11 134:22
136:10,13,14
Transcription
134:21
transport
94:19
treating
16:12
treatment
108:7 119:8
trespassing
12:7
trial
12:8,11,13,22 120:11
121:23 122:2,21
123:20 124:19
tried
15:1 23:13 76:18
77:15,17 78:19
79:9 81:8,15,15
126:13 128:23
130:8
true
14:10 29:24 39:6
62:19 134:22
trust
29:2 132:9
truth
134:16,16,17
try
6:18 126:10
trying
73:9,15 75:22,23
76:14,23 77:6,10
82:24 83:3 86:19
93:1,5,9,18 110:22
121:13 127:4 128:8
128:18 131:14,18
tunnel
46:22 47:5 70:16,18
turn
20:6 66:15 79:2
turned
14:22 53:3 89:4 90:14

91:15,23
TV
6:4
two
5:16 9:3,19 15:19,21
15:21,23 16:3,5,9
18:1 21:23,23 22:5
22:20,20,24 23:3
23:16,21 24:10,13
25:6,17 26:5,13,20
28:2 29:9,9 35:16
38:9 41:16,16
43:16 45:10 46:7
56:2,3 59:7,12,20
64:17 66:7,9 71:3
75:9 80:23 100:3
101:5 102:3 106:22
107:6,11 120:5
121:17 129:5
type
20:16 21:13
typed
132:2
typewriting
134:20
typing
132:13

___U___

uh-huh
7:2
Uh-hum
34:9 49:19 66:17
119:21
ultimately
56:18 57:16 121:14
un-un
7:2
unambiguously
130:18
unconscious
101:9 102:6
undergo
30:15
underneath
82:16
understand
7:8 9:15 45:16,18
74:17 76:2 105:17
understanding
10:2
understood
7:24
undetermined
134:9
uniform
48:10 85:16,17
United
1:1,14 133:1 134:9
unusual
51:6
updates
114:1,2
upper
57:20 60:3 64:17
upset
73:11
use
22:22 47:12,17 49:9
52:5,12 53:6
usual
43:12
usually
21:7

___V___

v
136:6
Van
46:19 71:9 72:11
vehicle

32:5
vending
47:15
veneer
108:21
verbal
127:23
verbally
128:11
versus
4:10
vestibule
49:15 66:15
vicinity
37:14,18 49:18
victim
105:21 111:14 112:7
112:22
virgin
67:19
vodka
44:6,8,11
vs
1:7 133:4

___W___

waist
75:12,16
wait
6:16 42:23 47:1 89:9
90:9,9
waiting
69:14 99:24 101:13
waitress
20:21
waitressed
120:6
waitressing
120:7
waive
131:23 132:8,17
waived
135:1
wake
59:3 101:13
walk
20:3 23:15 34:15,17
35:2,18 42:23 54:1
54:19 56:3 62:1
66:7,9 70:5,13
walked
20:2 24:5,8 25:8,15
26:16 33:1,2,17
35:16 37:19 41:1
49:13 53:22 56:3
62:10,16 100:10,17
walkie-talkies
94:10
walking
20:14 23:14 26:1 33:4
33:11 37:10 38:7
41:1 43:19 44:17
51:23 54:14,17
56:12 70:14 72:20
73:4,22 75:8,19
97:7
wall
37:21 39:16
Walmart
9:13 117:21 119:19
120:1
want
21:11 28:12,19,20,21
78:16 96:5 112:24
124:14
wanted
20:4,13 33:20 45:11
108:17
washroom
47:17 48:15 49:11,17
50:5 52:12,18 53:3
53:6 54:24

wasn't
27:1 41:14 50:20,23
51:20 54:21 55:24
66:3 88:24 95:6
96:2 108:15 110:23
116:15,16,22 120:2
wasted
32:2 41:15,18,21
Water
33:22
way
17:9 20:5 23:3,13
34:3,7,23 35:11
36:21 44:3,16
55:12,18,20 56:3,8
59:6 65:13 67:6
72:9 90:15 96:18
96:20,23 110:2
114:24 126:21
127:15 128:10,23
135:8,9
ways
129:5
we'll
6:24 73:10,11 77:3
we're
59:4 67:14,15 73:23
74:17 76:2
we've
15:16 31:15
wear
48:11
wearing
58:11 124:10
wedding
31:14
weeks
10:11 12:24 123:3
weigh
42:14
weight
42:7 104:22
Wells
71:13,14,16
went
16:22 17:7,7,8 18:13
19:20,22 22:8 24:8
26:5 39:24 40:8,14
46:5 52:14 53:3
54:8 55:1 68:23
71:5 74:8 76:17
77:22 78:17 79:1,1
79:2 87:10,12 88:3
108:8 109:8
weren't
48:7 51:22 63:4,19
123:23 131:17
west
1:18 2:4,12 71:13
136:5
wheel
23:23 24:17 34:17
WHEREOF
135:11
whichever
80:14
white
58:8,9 59:23 67:4
84:11 85:11 120:20
121:2 124:4,5
125:11
window
60:7 132:13,13,15
wine
21:20 40:22,24 41:4,5
41:6,11 42:16,21
43:14,19,22,24,24
44:2,15
wish
111:19 112:3 113:15
113:17 114:5,8,12
witness

3:2 4:1,3,8 8:12
12:9,18 13:4 14:12
15:10 17:24 18:24
21:2 27:24 30:3
32:9 33:24 36:9
40:10,11 41:24
44:23 45:1,7 50:12
51:2,13,18 62:1
71:22 72:17 78:15
90:1 92:16 97:2
102:16 103:12,21
104:19 105:6 106:5
111:22 116:7,20
118:4,10 123:3
125:4 130:1,7
131:1 132:18 134:8
134:18,20,23
**witness-wise**
13:21
**woke**
26:14 100:7
**word**
6:9,9,10 14:20 53:11
53:12,14 62:14,23
64:5 67:24 68:9,14
**worded**
7:18
**words**
6:12 68:1
**work**
31:13 33:19 35:12
119:17,22
**workday**
7:9
**worked**
30:5,6
**working**
9:8 30:24 31:4 120:2
**works**
119:18
**worried**
117:11,20 118:5,13
**worry**
84:9,18 86:13,15 87:3
87:4,24
**wouldn't**
51:5 58:6 70:20 83:12
92:22 93:2 100:23
**wrestle**
82:24
**wrists**
82:13,24
**writing**
128:1
**wrong**
110:1

---
**X**
---
**X**
3:1,9
**x-rays**
108:11,13

---
**Y**
---
**yanking**
93:2
**yeah**
4:8 16:11,18,22 17:21
18:16 21:2,9,11,12
26:11 27:4 28:23
30:8 31:18 32:16
34:22 35:24 36:19
37:8,23 40:22
43:12,16 46:17
49:16 58:21 70:18
71:14,16,16,24
73:9 75:24 77:17
79:1 81:15,21 82:3
83:7,15 91:1 92:13
97:14 99:2 101:1
103:21 107:17,22

108:8 109:6,7
110:6 111:6,7
115:17,19 123:1,3
123:7
**year**
9:3,3 10:8 16:6
122:10,19
**years**
15:21,22 18:1 21:24
22:20 29:9 35:16
41:17 115:16
**yell**
73:19 95:10
**yelled**
95:12
**yelling**
48:1 50:20 55:2 59:8
63:4 66:2,3,4 67:8
67:11,13 68:5
73:14 92:20 93:21
94:24 95:2,3,7
101:20 126:17
**yellow**
69:6,7
**Yep**
5:19

---
**Z**
---
**zip**
5:9

---
**0**
---
**08**
32:3,7,16 41:15 42:4
42:13 104:16
**084-004618**
1:24 135:18

---
**1**
---
**1:00**
1:20 103:14
**1:30**
110:5
**10**
115:19
**10:00**
26:17,19
**10:30**
43:17
**100**
9:9 19:24 42:15 55:24
**11:00**
103:8
**12:00**
103:8,15 106:15
**12:30**
43:9 105:3,9
**123**
3:5
**127**
3:6
**129**
3:7
**13**
1:7 115:19 133:4
136:7
**15th**
2:12
**17**
31:1,4
**17-years**
31:2
**17th**
1:19 133:10 134:6
136:8
**18**
103:2,9
**1987**
8:4
**19th**
111:11,16,24 113:9

---
**2**
---
**2:00**
23:11 26:9
**2:30**
23:7,11 26:10,11,20
34:4 41:9 105:2,8
**200**
136:1
**2009**
115:19
**2012**
5:17,21 9:5,15 10:3
15:20 16:20 21:22
22:21 23:1 27:19
29:10 40:15 41:18
98:14 105:17 106:9
108:3 109:5 112:6
113:5 115:3,23
116:9 117:5 119:20
**2013**
10:8 16:7 107:24
108:4 109:4,7
111:9,11,16,24
113:9
**2014**
1:19 133:10,22 134:7
135:13 136:3,8
**202**
5:14
**2069**
1:7 133:4 136:7
**263-0052**
136:2
**277**
104:13
**2nd**
8:4

---
**3**
---
**3:00**
23:8 26:11,20 34:4
41:10
**3:27**
132:19
**30**
47:21
**30-day**
132:12,13,14
**300**
136:1
**301**
2:4 136:5
**310**
5:19
**312**
2:6,14 136:2
**322-7064**
2:14
**36**
2:4 136:5

---
**4**
---
**4**
3:4
**4:00**
23:10,12 25:7 26:6,8
26:12 36:17 38:18
**4:30**
23:10,12 25:7 26:6,8
26:12 36:18 38:18
**403**
106:4
**404**
106:4
**45**
46:6

---
**5**
---
**547**
1:18 2:12
**553-2200**

2:6
**59**
9:12
**5th**
135:12 136:3

---
**6**
---
**6:00**
25:7 26:7
**6:30**
25:7 26:7
**60601**
2:5 136:5
**60601-2956**
136:2
**60661-5717**
2:13

---
**7**
---
**715-8681**
98:20

---
**8**
---
**815**
98:20
**8th**
16:15,20,22,24 18:12
18:19,22 23:12
27:13 31:21 32:18
40:15 42:16 105:2
105:8

---
**9**
---
**942**
5:8
**9th**
16:23 17:1 105:3,9
106:9,15 115:3
120:13

9